## UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

HESTAL LIPSCOMB,                )
                                )
    Plaintiff,            )   SUMMONS IN A CIVIL CASE
                                )
v.                              )
                                )   CASE NUMBER: 05- 477
ELECTRONIC DATA SYSTEMS          )
CORPORATION,                    )
                                )
    Defendants.           )

TO: (Name and address of Defendant)
    Electronic Data Systems Corporation
    c/o The Prentice-Hall Corporation System, Inc.
    2711 Centerville Road, Suite 400
    Wilmington, DE 19808

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address):

    Laurence V. Cronin, Esquire
    SMITH, KATZENSTEIN & FURLOW, LLP
    800 Delaware Avenue, 7th Floor
    P.O. Box 410
    Wilmington, DE 19899

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                         7-8-05
_____              _____
CLERK                                   DATE
  Beth Dui
_____
(BY) PER DEPUTY CLERK

10004531.WPD

• AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE<br>7/11/05 |
| NAME OF SERVER (PPJNT)<br>DENORRIS BRITT | TITLE<br>SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED: ELECTRONIC DATA SYSTEMS CORPORATION C/O THE PRENTICE-HALL CORPORATION SYSTEMS AT 2711 CENTERVILLE RD WILMINGTON, DE COPIES THEREOF WERE ACCEPTED BY MARY DRUMMOND

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/11/05
         Date

Signature of Server
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.