IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HESTAL LIPSCOMB, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-477-SLR |
| | ) | |
| ELECTRONIC DATA SYSTEMS CORPORATION, a Delaware Corporation, | ) ) ) | |
| | ) | |
| Defendant. | ) | JURY TRIAL DEMANDED |

**DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Electronic Data Systems Corporation ("EDS") files this Corporate Disclosure Statement. EDS states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

_____
Richard G. Elliott, Jr. (#687)
elliott@rlf.com
Alyssa M. Schwartz (#4351)
schwartz@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King St., P.O. Box 551
Wilmington, DE 19899-0551
Telephone: (302) 651-7700

Attorneys for Defendant
Electronic Data Systems Corporation

OF COUNSEL:

Stephen Charles Sutton
ssutton@bakerlaw.com
Roger G. Trim
rtrim@bakerlaw.com
Baker & Hostetler LLP
3200 National City Center
1900 East Ninth Street
Cleveland, OH 44114-3485
Telephone: (216) 62100200

Dated: August 1, 2005

RLF1-2905659-1

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on August 1, 2005, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

> Laurence V. Cronin
> Smith Katzenstein Furlow, LLP
> The Corporate Plaza
> 800 Delaware Avenue
> P.O. Box 410
> Wilmington, DE 19899

Alyssa M. Schwartz (#4351)
schwartz@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

RLF1-2905770-1