

**Smith Katzenstein Furlow LLP**
*Attorneys at Law*

Craig B. Smith
Robert J. Katzenstein
David A. Jenkins
Laurence V. Cronin
Michele C. Gott
Kathleen M. Miller
Roger D. Anderson
Joelle E. Polesky
Robert K. Beste
Etta R. Wolfe

The Corporate Plaza
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, Delaware 19899
(Courier 19801)
Phone (302) 652-8400
Fax (302) 652-8405
www.skfdelaware.com

September 26, 2005

**VIA E-FILING AND HAND DELIVERY**

The Honorable Sue L. Robinson
U.S. District Court for the
District of Delaware
844 N. King Street
Wilmington, DE 19801

Re:  Lipscomb v. EDS
     C.A. No. 05-477 SLR

Dear Judge Robinson:

We represent the plaintiff in the above referenced matter. Enclosed is a draft scheduling order agreed to by the parties. We look forward to discussing the proposed order with Your Honor during the conference call on Thursday, September 29, 2005 at 8:15 a.m.

Respectfully,

Laurence V. Cronin (ID No. 2385)

LVC/vkm

Enclosure

cc:  Clerk of Court (via e-filing w/ enc.)
     Richard G. Elliott, Jr., Esquire (via e-filing w/ enc.)
     Roger G. Trim, Esquire (via e-mail w/ enc.)

10006997.WPD