IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HESTAL LIPSCOMB, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-477 SLR |
| | ) |
| ELECTRONIC DATA SYSTEMS | ) |
| CORPORATION, | ) |
| a Delaware Corporation, | ) |
| | ) |
| Defendant. | ) JURY TRIAL DEMANDED |

## NOTICE OF SERVICE

I HEREBY CERTIFY that on the 7th day of October, 2005, copies of Plaintiff's Rule 26 Initial Disclosures were caused to be served via hand delivery on the following:

> Alyssa M. Schwartz
> Richards, Layton & Finger, P.A.
> One Rodney Square
> 920 King Street, P.O. Box 551
> Wilmington, DE 19899-0551

SMITH, KATZENSTEIN & FURLOW LLP

_____
Laurence V. Cronin (ID No. 2385)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899 (Courier 19801)
Telephone: 302-652-8400
Telecopy: 302-652-8405
Email: LVC@skfdelaware.com
Attorneys for Plaintiff Hestal Lipscomb

Date: October 7, 2005

10007397.WPD