IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HESTAL LIPSCOMB, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No.  05-477 SLR |
| | ) | |
| ELECTRONIC DATA SYSTEMS | ) | |
| CORPORATION, | ) | |
| a Delaware Corporation, | ) | |
| | ) | |
| Defendant. | ) | JURY TRIAL DEMANDED |

## NOTICE OF SERVICE

I HEREBY CERTIFY that on the 11th day of October, 2005, copies of Plaintiff's First Request for Production of Documents Direct to Defendant were caused to be served via hand delivery on the following:

> Alyssa M. Schwartz
> Richards, Layton & Finger, P.A.
> One Rodney Square
> 920 King Street, P.O. Box 551
> Wilmington, DE 19899-0551

SMITH, KATZENSTEIN & FURLOW LLP

_____
Laurence V. Cronin (ID No. 2385)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899 (Courier 19801)
Telephone: 302-652-8400
Telecopy: 302-652-8405
Email: LVC@skfdelaware.com
Attorneys for Plaintiff Hestal Lipscomb

Date:   October 11, 2005

10007459.WPD