IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Hestal Lipscomb,<br><br>        Plaintiff,<br><br>v.<br><br>Electronic Data Systems Corporation,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 05-477-SLR<br>)<br>)<br>)   JURY TRIAL DEMANDED<br>)<br>) |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 9, 2005, true and correct copies of Defendant's Response to Plaintiff's First Request for Production of Documents was served on counsel below as noted:

#### UPS OVERNIGHT DELIVERY

Laurence V. Cronin
Smith Katzenstein & Furlow
The Corporate Plaza
800 Delaware Avenue
7th Floor
P. O. Box 410
Wilmington, Delaware 19899

Of Counsel:
Stephen C. Sutton
Roger G. Trim
Baker & Hostetler LLP
3200 National City Center
1900 East Ninth Street
Cleveland, OH 44114-3485
Telephone: (216) 621-0200

Dated: November 10, 2005

_____
Richard G. Elliott, Jr. (#687)
elliott@rlf.com
Alyssa M. Schwartz (#4351)
schwartz@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King St., P.O. Box 551
Wilmington, DE 19899-0551
Telephone: (302) 651-7700

Attorneys for Defendant
Electronic Data Systems Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2005, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

### VIA HAND DELIVERY

Laurence V. Cronin
Smith Katzenstein & Furlow
The Corporate Plaza
800 Delaware Avenue
7th Floor
P. O. Box 410
Wilmington, Delaware 19899

Alyssa M. Schwartz (#4351)
schwartz@rlf.com

RLF1-2931364-1