IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HESTAL LIPSCOMB, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-477 SLR |
| ) | |
| ELECTRONIC DATA SYSTEMS ) | |
| CORPORATION, ) | |
| a Delaware Corporation, ) | |
| ) | |
| Defendant. ) | JURY TRIAL DEMANDED |

## NOTICE OF SERVICE

I HEREBY CERTIFY that on the 14th day of November, 2005, copies of Plaintiff's Answers to Defendant's First Set of Interrogatories and Plaintiff's Responses to Defendant's First Request for Production of Documents were caused to be served via hand delivery on the following:

>   Alyssa M. Schwartz
>   Richards, Layton & Finger, P.A.
>   920 King Street, P.O. Box 551
>   Wilmington, DE 19899-0551

>   SMITH, KATZENSTEIN & FURLOW LLP
>
>   /s/ Laurence V. Cronin
>   _____
>   Laurence V. Cronin (ID No. 2385)
>   800 Delaware Avenue, 7th Floor
>   P.O. Box 410
>   Wilmington, DE 19899 (Courier 19801)
>   Telephone: 302-652-8400
>   Telecopy: 302-652-8405
>   Email: LVC@skfdelaware.com
>   Attorneys for Plaintiff Hestal Lipscomb

Date:   October 11, 2005

10008509.WPD