IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HESTAL LIPSCOMB, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-477-SLR |
| | ) | |
| ELECTRONIC DATA SYSTEMS CORPORATION, | ) | JURY TRIAL DEMANDED |
| | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF DEPOSITION OF HESTAL LIPSCOMB

To:  Laurence V. Cronin
     Smith Katzenstein & Furlow
     800 Delaware Avenue
     P.O. Box 410
     Wilmington, Delaware 19899

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, defendant Electronic Data Systems Corporation will take the deposition upon oral examination of plaintiff Hestal Lipscomb, on February 21, 2006 at 10:00 a.m., at the offices of Richards, Layton & Finger, P.A., One Rodney Square, 920 North King St., Wilmington, Delaware 19801. Such deposition will continue from day to day until complete.

The deposition shall be taken before an officer authorized to administer oaths and will be stenographically recorded. You are invited to attend and cross-examine.

RLF1-2979663-1

Of Counsel:
Thomas J. Piatak
Roger G. Trim
Baker & Hostetler LLP
3200 National City Center
1900 East Ninth Street
Cleveland, OH 44114-3485
Telephone: (216) 621-0200


Dated: February 10, 2006

/s/ Richard G. Elliott, Jr.
Richard G. Elliott, Jr. (#687)
elliott@rlf.com
Alyssa M. Schwartz (#4351)
schwartz@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King St., P.O. Box 551
Wilmington, DE 19899-0551
Telephone: (302) 651-7700

Attorneys for Defendant
Electronic Data Systems Corporation

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

### VIA HAND DELIVERY

Laurence V. Cronin
Smith Katzenstein & Furlow
The Corporate Plaza
800 Delaware Avenue
P. O. Box 410
Wilmington, Delaware 19899

/s/ Alyssa M. Schwartz
Alyssa M. Schwartz (#4351)
schwartz@rlf.com