IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HESTAL LIPSCOMB, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-477 SLR |
| ) | |
| ELECTRONIC DATA SYSTEMS ) | |
| CORPORATION, ) | |
| a Delaware Corporation, ) | |
| ) | |
| Defendant. ) | JURY TRIAL DEMANDED |

TO:   Alyssa M. Schwartz, Esquire
      Richards, Layton & Finger, P.A.
      920 King Street, P.O. Box 551
      Wilmington, DE 19899-0551

**NOTICE OF DEPOSITIONS**

PLEASE TAKE NOTICE that plaintiff will take the deposition of the following on February 22, 2006 at the offices of Smith, Katzenstein & Furlow LLP, 800 Delaware Avenue, 7th Floor, Wilmington, DE 19801:

| | |
|---|---|
| Barbara Jackson | 9:30 a.m. |
| Tracey Eaddy | 11:00 a.m. |
| Linda Jackson | 1:00 p.m. |
| Lance Rogers | 2:00 p.m. |

10011318.WPD