IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HESTAL LIPSCOMB, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-477 SLR |
| | ) | |
| ELECTRONIC DATA SYSTEMS CORPORATION, a Delaware Corporation, | ) ) ) ) | |
| Defendant. | ) | JURY TRIAL DEMANDED |

## NOTICE OF SERVICE

I HEREBY CERTIFY that on the 22nd day of February, 2006, copies of Plaintiff's Second Request for Production of Documents Direct to Defendant and Plaintiff's First Set of Interrogatories Directed to Defendant were caused to be served via facsimile and first class mail on the following:

>Alyssa M. Schwartz
>Richards, Layton & Finger, P.A.
>One Rodney Square
>920 King Street, P.O. Box 551
>Wilmington, DE 19899-0551

>SMITH, KATZENSTEIN & FURLOW LLP
>
>_/s/ Laurence V. Cronin_____
>Laurence V. Cronin (ID No. 2385)
>800 Delaware Avenue, 7th Floor
>P.O. Box 410
>Wilmington, DE 19899 (Courier 19801)
>Telephone: 302-652-8400
>Telecopy: 302-652-8405
>Email: LVC@skfdelaware.com
>Attorneys for Plaintiff Hestal Lipscomb

February 22, 2006

10011542.WPD