IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HESTAL LIPSCOMB, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No.  05-477 SLR |
| | ) | |
| ELECTRONIC DATA SYSTEMS CORPORATION, | ) ) | |
| a Delaware Corporation, | ) | |
| | ) | |
| Defendant. | ) | JURY TRIAL DEMANDED |

TO:   Alyssa M. Schwartz, Esquire
       Richards, Layton & Finger, P.A.
       920 King Street, P.O. Box 551
       Wilmington, DE 19899-0551

**NOTICE OF DEPOSITION *DUCES TECUM***

PLEASE TAKE NOTICE that plaintiff will take the deposition *duces tecum*\* of Life Insurance Company of North America on April 3, 2006 at the offices of Esquire Deposition Services, 1700 Pacific Avenue, Suite 4750, Dallas, Texas 75201.

SMITH, KATZENSTEIN & FURLOW LLP

      /s/ Laurence V. Cronin
Laurence V. Cronin (#2385)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE  19899
(302) 652-8400
Attorneys for Plaintiff

Dated: March 17, 2006

\***Attendance at the deposition will be waived if the records requested in the attached Exhibit A are received on or before April 3, 2006.**

10012229.WPD

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of March 2006, I caused a copy of the foregoing

NOTICE OF DEPOSITION to be served on the following counsel of record via e-filing:

> Alyssa M. Schwartz, Esquire
> Richards, Layton & Finger, P.A.
> 920 King Street, P.O. Box 551
> Wilmington, DE 19899-0551

                                           /s/ Laurence V. Cronin
                                       Laurence V. Cronin (ID No. 2385)

10012229.WPD