**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| HESTAL LIPSCOMB, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No.  05-477 SLR |
| | ) | |
| ELECTRONIC DATA SYSTEMS | ) | |
| CORPORATION, | ) | |
| a Delaware Corporation, | ) | |
| | ) | |
| Defendant. | ) | JURY TRIAL DEMANDED |

TO:     Alyssa M. Schwartz, Esquire
        Richards, Layton & Finger, P.A.
        920 King Street, P.O. Box 551
        Wilmington, DE 19899-0551

## RE-NOTICE OF DEPOSITIONS

PLEASE TAKE NOTICE that plaintiff will take the deposition of the following on

April 12, 2006 at the offices of Smith, Katzenstein & Furlow LLP, 800 Delaware Avenue,

7th Floor, Wilmington, DE 19801:

| | |
|---|---|
| Barbara Jackson | 9:30 a.m. |
| Tracey Eaddy | 11:00 a.m. |
| Linda Jackson | 1:00 p.m. |
| Lance Rogers | 2:00 p.m. |

10012899.WPD

SMITH, KATZENSTEIN & FURLOW LLP

_____/s/ Laurence V. Cronin_____
Laurence V. Cronin (#2385)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE  19899
(302) 652-8400
Attorneys for Plaintiff

April 5, 2006

10012899.WPD

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 5th day of April 2006, I caused a copy of the foregoing

RE-NOTICE OF DEPOSITIONS to be served on the following counsel of record via e-

filing:

> Alyssa M. Schwartz, Esquire
> Richards, Layton & Finger, P.A.
> 920 King Street, P.O. Box 551
> Wilmington, DE 19899-0551

>                          /s/ Laurence V. Cronin
>                          Laurence V. Cronin (ID No. 2385)

10012899.WPD