IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HESTAL LIPSCOMB, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No.   05-477 SLR |
| | ) | |
| ELECTRONIC DATA SYSTEMS CORPORATION, | ) ) | |
| a Delaware Corporation, | ) | |
| | ) | |
| Defendant. | ) | JURY TRIAL DEMANDED |

TO:   Alyssa M. Schwartz, Esquire
      Richards, Layton & Finger, P.A.
      920 King Street, P.O. Box 551
      Wilmington, DE 19899-0551

## NOTICE OF DEPOSITIONS

PLEASE TAKE NOTICE that plaintiff will take the deposition of Christine Cornwell on April 12, 2006 beginning at 4:00 p.m. at the offices of Smith, Katzenstein & Furlow LLP, 800 Delaware Avenue, 7th Floor, Wilmington, DE 19801.

SMITH, KATZENSTEIN & FURLOW LLP

   /s/ Laurence V. Cronin
Laurence V. Cronin (#2385)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE  19899
(302) 652-8400
Attorneys for Plaintiff

April 5, 2006

10012933.WPD

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of April 2006, I caused a copy of the foregoing

NOTICE OF DEPOSITION to be served on the following counsel of record via e-filing:

>Alyssa M. Schwartz, Esquire
>Richards, Layton & Finger, P.A.
>920 King Street, P.O. Box 551
>Wilmington, DE 19899-0551

>/s/ Laurence V. Cronin
>Laurence V. Cronin (ID No. 2385)

10012933.WPD