IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HESTAL LIPSCOMB, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No.  05-477 SLR |
| | ) | |
| ELECTRONIC DATA SYSTEMS CORPORATION, | ) | |
| a Delaware Corporation, | ) | |
| | ) | |
| Defendant. | ) | JURY TRIAL DEMANDED |

TO:   Alyssa M. Schwartz, Esquire
        Richards, Layton & Finger, P.A.
        920 King Street, P.O. Box 551
        Wilmington, DE 19899-0551

**NOTICE OF DEPOSITIONS**

PLEASE TAKE NOTICE that plaintiff will take the depositions of the following on May 4, 2006 at 1445 Ross Avenue, Suite 2300, Dallas, TX 75202:

| | |
|---|---|
| Gracie Gunther | 10:00 a.m. |
| Kim Rudeen | 11:00 a.m. |

                SMITH, KATZENSTEIN & FURLOW LLP

                   /s/ Laurence V. Cronin
                Laurence V. Cronin (#2385)
                800 Delaware Avenue, 7th Floor
                P.O. Box 410
                Wilmington, DE  19899
                (302) 652-8400
                Attorneys for Plaintiff

April 18, 2006

10013407.WPD

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of April 2006, I caused a copy of the foregoing NOTICE OF DEPOSITION to be served on the following counsel of record via e-filing:

> Alyssa M. Schwartz, Esquire
> Richards, Layton & Finger, P.A.
> 920 King Street, P.O. Box 551
> Wilmington, DE 19899-0551

>                           /s/ Laurence V. Cronin
>                         Laurence V. Cronin (ID No. 2385)

10013407.WPD