## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HESTAL LIPSCOMB, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No.  05-477 SLR |
| ) | |
| ELECTRONIC DATA SYSTEMS ) | |
| CORPORATION, ) | |
| a Delaware Corporation, ) | |
| ) | |
| Defendant. ) | JURY TRIAL DEMANDED |

TO:  Alyssa M. Schwartz, Esquire
     Richards, Layton & Finger, P.A.
     920 King Street, P.O. Box 551
     Wilmington, DE 19899-0551

### RE-NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that plaintiff will take the deposition of Christine Cornwell on May 9, 2006 beginning at 10:00 a.m. at the offices of Electronic Data Systems, 3600 Topeka Blvd., Suite 204, Topeka, KS 66611.

SMITH, KATZENSTEIN & FURLOW LLP

       /s/ Laurence V. Cronin
Laurence V. Cronin (#2385)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE  19899
(302) 652-8400
Attorneys for Plaintiff

May 1, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of May 2006, I caused a copy of the foregoing

NOTICE OF DEPOSITION to be served on the following counsel of record via e-filing:

>Alyssa M. Schwartz, Esquire
>Richards, Layton & Finger, P.A.
>920 King Street, P.O. Box 551
>Wilmington, DE 19899-0551

      /s/ Laurence V. Cronin
Laurence V. Cronin (ID No. 2385)

10013775.WPD