**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

HESTAL LIPSCOMB,                              :
                                             :
                    Plaintiff,               :
                                             :
          v.                                 :     Civil Action No. 05-477-SLR
                                             :
ELECTRONIC DATA SYSTEMS                      :
CORPORATION, a Delaware                      :
corporation,                                 :
                                             :
                    Defendant.               :

**<u>ORDER</u>**

At Wilmington this **6th** day of **June, 2006**,

IT IS ORDERED that teleconferences have been scheduled with Judge

Thynge to discuss the status of the case and the negotiations, as follows:

**<u>Thursday, October 5, 2006 at 4:00 p.m.</u>** with plaintiff **only.  Plaintiff's**

**counsel shall initiate the teleconference call.**

**<u>Thursday, October 5, 2006 at 4:30 p.m.</u>** with defendant **only.  Defense**

**counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel

of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court

immediately of any problems regarding compliance with this Order.


/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE