IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HESTAL LIPSCOMB, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-477-SLR |
| ) | |
| ELECTRONIC DATA SYSTEMS ) | |
| CORPORATION, ) | JURY TRIAL DEMANDED |
| ) | |
| Defendant. ) | |

### DEFENDANT ELECTRONIC DATA SYSTEMS CORPORATION'S MOTION FOR SUMMARY JUDGMENT

Defendant Electronic Data Systems Corporation ("EDS"), by and through its attorneys and pursuant to Rule 56 of the Federal Rules of Civil Procedure, hereby moves for an order granting summary judgment in its favor on all claims against it alleged in Plaintiff Hestal Lipscomb's Complaint. In support of the present motion, EDS submits that there are no genuine issues of material fact in this case, and that it is entitled to summary judgment in its favor as a matter of law. In further support of the present motion, EDS relies on its Opening Brief and Affidavit of Alyssa M. Schwartz filed contemporaneously herewith.

_____
Richard G. Elliott, Jr. (#687)
elliott@rlf.com
Alyssa M. Schwartz (#4351)
schwartz@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Telephone: (302) 651-7700

Of Counsel:
Thomas J. Piatak
Roger G. Trim
Baker & Hostetler LLP
3200 National City Center
1900 East Ninth Street
Cleveland, OH 44114-3485
Telephone: (216) 621-0200

Attorneys for Defendant
Electronic Data Systems Corporation

Dated: June 15, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

### BY U.S. MAIL

Laurence V. Cronin
Smith Katzenstein & Furlow
The Corporate Plaza
800 Delaware Avenue
P. O. Box 410
Wilmington, Delaware 19899

Alyssa M. Schwartz (#4351)
schwartz@rlf.com

RLF1-2931364-1