IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HESTAL LIPSCOMB, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-477-SLR |
| | ) |
| ELECTRONIC DATA SYSTEMS CORPORATION, | ) |
| | ) JURY TRIAL DEMANDED |
| | ) |
| Defendant. | ) |

### PROPOSED ORDER

The Court, having considered Defendant Electronic Data Systems Corporation's ("EDS") Motion for Summary Judgment ("Motion"), and all arguments and briefing thereon,

IT IS HEREBY ORDERED, this ____ day of _____, 2006, that:

EDS' Motion is granted, and summary judgment is entered in favor of EDS and against Plaintiff Hestal Lipscomb on all claims asserted.

_____
United States District Judge