## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of July 2006, I caused a copy of the foregoing PLAINTIFF'S ANSWERING BRIEF IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT to be served on the following counsel of record via hand delivery:

> Alyssa M. Schwartz, Esquire
> Richards, Layton & Finger, P.A.
> 920 King Street, P.O. Box 551
> Wilmington, DE 19899-0551

>                        /s/ Laurence V. Cronin
>                        Laurence V. Cronin (ID No. 2385)

10015525.WPD