## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of July 2006, I caused a copy of the foregoing AFFIDAVIT OF LAURENCE V. CRONIN to be served on the following counsel of record via hand delivery:

>Alyssa M. Schwartz, Esquire
>Richards, Layton & Finger, P.A.
>920 King Street, P.O. Box 551
>Wilmington, DE 19899-0551

      /s/ Laurence V. Cronin
Laurence V. Cronin (ID No. 2385)

10015524.WPD