**Affidavit of Laurence V. Cronin**              **Exhibit FF**

**Christiana Care Adult Medicine Office**  
Wilmington Hosp. Health Center 501 West 14th Street Wilmington, DE 19801  
302-428-4411  Fax: 302-428-4076

*October 5, 2005*  
Page 1  
Chart Document

Ms. HESTAL LIPSCOMB  Home: (302)655-8973 Office: (302)345-3253  
Female DOB: **REDACTED**  1357712-0220001  Ins: DPCI (MENDS)

04/13/2004 - Phone Note: Surgical letter for work  
Provider: Shazi Zodeh RN  
Location of Care: Christiana Care Chief's Surgical Service

PCP: Mausumee Hussain MD  
Patient's phone #: Home: (302)655-8973

Alt. call back #: 454-7622 ext 141

Caller: patient

Receptionist note: Pt is scheduled to have surgery 4-29. Pt needs a letter to be faxed (302-454-1074) to her employer (EDS) stating date/ time/ and name of MD doing the surgery as well MD phone #. The letter also needs to state how long the pt will be out of work.  
.............Ashley Monroe MA  April 13, 2004 9:54 AM

Pt calling again regarding the above letter that she needs. PLease call pt when completed.  
.............Ashley Monroe MA  April 19, 2004 8:56 AM


Letter signed by Dr kraut chief resident was faxed . Pt was notified.


Signed by Shazi Zodeh RN on 04/20/2004 at 9:19 AM
_____

HL-078

**Affidavit of Laurence V. Cronin**     **Exhibit GG**

Page 1

```
 1            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF DELAWARE
 2
 3   HESTAL LIPSCOMB,              )
                                   )
 4                                 )
                PLAINTIFF,         )
 5                                 )
     VS.                           )  CIVIL ACTION
 6                                 )
                                   )  NO.: 05-477 SLR
 7   ELECTRONIC DATA SYSTEMS       )
     CORPORATION, a Delaware       )
 8   Corporation,                  )
                                   )
 9                                 )
                DEFENDANT.         )
10
11          ------------------------------------
12                     ORAL DEPOSITION OF
13                       GRACIE GUNTHER
14                        May 4, 2006
15                         Volume 1
16          ------------------------------------
17      ORAL DEPOSITION OF GRACIE GUNTHER, produced as a witness
18 at the instance of the PLAINTIFF, and duly sworn, was taken in
19 the above-styled and numbered cause on the 4th day of May,
20 2006, from 9:51 a.m. to 10:41 a.m., before Caroline Tadlock,
21 RPR, CSR in and for the State of Texas, reported by machine
22 shorthand, at the law offices of Crouch & Ramey, 1445 Ross
23 Avenue, Suite 3600, Dallas, Texas, pursuant to the Federal
24 Rules of Civil Procedure and the provisions stated on the
25 record or attached hereto.
```

RECEIVED MAY 1 8 2006 LVC

**Esquire Deposition Services**
**(215) 988-9191**

Page 2

1                    A P P E A R A N C E S
2
3  FOR THE PLAINTIFF:
4      Mr. Laurence V. Cronin
       SMITH KATZENSTEIN FURLOW, LLP
5      The Corporate Plaza
       800 Delaware Avenue
6      Wilmington, Delaware 19899
       302-652-8400
7
   FOR THE DEFENDANT:
8
       Mr. Thomas J. Piatak
9      BAKER HOSTETLER
       3200 National City Center
10     1900 East 9th Street
       Cleveland, Ohio 44114-3485
11     216-861-7148
12 FOR THE WITNESS:
13     Mr. Craig A. McDougal
       CROUCH & RAMEY
14     1445 Ross Avenue
       Suite 3600
15     Dallas, Texas 75202
       214-922-7100
16
17
18
19
20
21
22
23
24
25

Page 3

1                      INDEX
2                                            PAGE
3  Appearances............................... 2
4  Stipulations.............................. 30
5  GRACIE GUNTHER
       Examination by Mr. Cronin.......... 4
6
   Signature and Changes..................... 32
7
   Reporter's Certificate.................... 33
8
9
                      EXHIBITS
10
   NO.  DESCRIPTION                          PAGE
11
   1    Subpoena and copy of Ms. Lipscomb's file    9
12
   2    3/28/06 letter from Mr. Cronin with attachments    14
13
   3    4/2/06 fax attaching data entries to the LINA
14         system                              19
15 4    4/3/06 letter from Mr. Cronin to Ms. Gunther    19
16 5    4/3/06 fax Mr. Cronin sent to 800-377-4286    24
17 6    Transcript of voice mail from Elizabeth Williams    25
18 7    Transcript of voice mail from Janice Cook    25
19 8    Page from CIGNA web-site titled How to File a
         Disability Claim                      28
20
21
22
23
24
25

Page 4

1                    GRACIE GUNTHER,
2  having been first duly sworn, testified as follows:
3                    EXAMINATION
4  BY MR. CRONIN:
5      Q.   Good morning, Ms. Gunther.
6      A.   Good morning.
7      Q.   My name is Larry Cronin. I represent Hestal Lipscomb
8  in a lawsuit that's pending in the U.S. District Court for the
9  District of Delaware.
10          Have you ever been deposed before?
11     A.   Yes, I did.
12     Q.   How many times?
13     A.   One time.
14     Q.   When was that?
15     A.   Last year.
16     Q.   What kind of case?
17     A.   It was some sort of -- pretty much just verified the
18 records.
19     Q.   Okay. Just authenticate the records being produced?
20     A.   Right.
21     Q.   Okay. What was the name of the case?
22     A.   I cannot recall.
23     Q.   Do you know what jurisdiction it was in?
24     A.   I cannot recall.
25     Q.   Going forward, I'd like you to keep a couple of

Page 5

1  things in mind so that we can make a clear record of the
2  testimony in this case.
3           First of all, make sure that you understand my
4  question. If there's anything that's confusing to you, please
5  ask me, and I'll be glad to restate it or rephrase it.
6           Second, make sure I'm done before you start
7  answering. We need to have a clean transcript for possible
8  later use in the case. And it's important that the transcript
9  clearly reflect when the questions end and the answers start.
10          Finally, answer verbally. Don't nod your head
11 or shake your head to indicate a response to my questions.
12 Okay?
13     A.   Yes.
14     Q.   All right. What's your highest level of formal
15 education?
16     A.   Master's degree in education.
17     Q.   Okay. When did you get your master's degree in
18 education?
19     A.   1983.
20     Q.   Where are you presently employed?
21     A.   Life Insurance Company of North America.
22     Q.   And how long have you been employed by Life Insurance
23 Company of North America?
24     A.   Since 1991.
25     Q.   And is it okay with you if I refer to your employer

Page 6

1 as LINA?
2  A. Yes, of course.
3  Q. What is the relationship between LINA and CIGNA?
4  A. LINA is one of the divisions of CIGNA Corporation.
5  Q. Is it a division or a subsidiary? Is it separate --
6  A. Subsidiaries.
7  Q. Okay. And what are the functions of LINA?
8  A. Mainly is for disability insurance.
9  Q. And when you say disability insurance, what do you
10 mean?
11  A. Including long-term, short-term --
12  Q. Okay.
13  A. -- and life insurance.
14  Q. Now, in terms of long-term disability and short-term
15 disability, does that include both group insurance as well as
16 individual insurance?
17  A. I think it's more -- most -- most business we deal
18 with is group.
19  Q. How many employees does LINA have?
20  A. I don't know.
21  Q. What's your current position?
22  A. Senior claim manager.
23     THE REPORTER: Senior what manager?
24     THE WITNESS: Senior claim manager.
25  Q. (BY MR. CRONIN) And how long have you been senior

Page 7

1 claim manager?
2  A. Since 1997.
3  Q. Can you tell me, basically, what your job duties are
4 as senior claim manager?
5  A. Provide technical aspects in terms of claim
6 management.
7  Q. What do you mean technical aspects?
8  A. Provide the directions to claim manager.
9  Q. So you're, basically, a resource for others to go to
10 for technical assistance?
11  A. Correct.
12  Q. Do you have any responsibilities for particular
13 accounts or clients of --
14  A. No.
15  Q. -- LINA?
16     Okay. I'd like to stop you for a second.
17  A. Sure.
18  Q. I notice you're starting to jump in a little bit
19 quickly in response to my questions. If you could try to just
20 slow down a little. I know you want to get this over.
21     How many businesses does LINA provide group
22 disability benefits for?
23  A. I don't have any idea.
24  Q. How does the company work with individual clients
25 with respect to administering short-term disability?

Page 8

1     MR. McDOUGAL: Objection; form.
2  A. Can you --
3  Q. (BY MR. CRONIN) Do you understand the question?
4  A. Yeah.
5  Q. Does LINA assign particular people to work on
6 particular accounts?
7  A. Yes.
8  Q. Okay. Are those people who are assigned particular
9 accounts only assigned to those accounts, or are they assigned
10 to multiple accounts?
11  A. Depending on how big the account is.
12  Q. Okay. So in -- with certain accounts, there would be
13 a team of individuals assigned just to that account?
14  A. Yes.
15  Q. Okay. Are you familiar with the account EDS?
16  A. No.
17  Q. You're not familiar with that account at all?
18  A. Huh-uh, no.
19  Q. Why were you, if you know, selected to be involved in
20 responding to the subpoena in this case?
21  A. I am the person who responsible to -- response of --
22 you know, response to all the subpoenas for the office.
23  Q. And how long have you had that responsibility?
24  A. Since 1998.
25  Q. How did you first get involved in connection with

Page 9

1 this subpoena?
2  A. Can you repeat?
3  Q. Yeah.
4     I'm just trying to figure out when was the first
5 point in time you became aware of this case.
6  A. When I received your subpoena at first.
7  Q. Okay. Now, did you review any documents in
8 preparation for this deposition?
9  A. No.
10  Q. Have you talked to anyone about this subpoena or the
11 case at any time?
12  A. No.
13     MR. CRONIN: Mark that, please.
14     (Exhibit 1 marked.)
15  Q. (BY MR. CRONIN) Ms. Gunther, I'm going to hand you
16 what's been marked as CIGNA No. 1. And if it's okay with you,
17 we'll refer to the documents as CIGNA even though, as you have
18 explained --
19  A. Uh-huh.
20  Q. -- the subpoena itself is directed to LINA, which is
21 a subsidiary of CIGNA. Is that okay?
22  A. Yeah.
23  Q. Okay.
24     MR. McDOUGAL: Can I take just a minute, is that
25 okay, before we get into them?

3 (Pages 6 to 9)

## Page 10

```
 1        MR. CRONIN: Sure, sure.
 2        MR. McDOUGAL: You are the one that put the
 3  Bates number on there?
 4        MR. CRONIN: That's correct.
 5        MR. PIATAK: Can we have someone make two copies
 6  of that quickly for you and me?
 7        MR. McDOUGAL: Okay. Do you want to go off the
 8  record for a minute, please?
 9        (A break was taken from 9:59 a.m. to 10:10 a.m.)
10        (Requested portion was read.)
11   Q.  (BY MR. CRONIN) Do you recognize what's been marked
12  as CIGNA No. 1?
13   A.  Yes.
14   Q.  Okay. What is it?
15   A.  My response to the subpoena.
16   Q.  Okay. Can you tell me what you did upon receiving
17  the subpoena in order to provide a response?
18   A.  Get a file copy.
19   Q.  Get a file copied?
20   A.  Uh-huh. And provided documents according to the
21  request.
22   Q.  Okay. Now, when you said you got a file copied, what
23  did you actually do in order to get a file copied?
24   A.  I have one of our support staff copy the file.
25   Q.  And where is the file physically kept?
```

## Page 11

```
 1   A.  In our office.
 2   Q.  All right. So to the best of your knowledge, what
 3  has been marked as CIGNA No. 1 are the entire contents of this
 4  file regarding Hestal Lipscomb?
 5   A.  Yes.
 6   Q.  Now, looking through the file -- or, rather, looking
 7  through the documents that were produced, marked as CIGNA
 8  No. 1 -- strike the question.
 9        Was CIGNA involved in administering both FMLA
10  leave and short-term disability on behalf of EDS?
11   A.  I have no idea.
12   Q.  Does CIGNA keep separately its files regarding EDS
13  employees with respect to FMLA leave and short-term disability
14  leave?
15   A.  I don't know.
16   Q.  The -- could you turn to the subpoena itself?
17   A.  Uh-huh.
18   Q.  And, specifically, if you'd turn to the page that's
19  been marked LINA 004.
20   A.  (Witness complies.)
21   Q.  And do you see under No. 1, under Documents
22  Requested, it asks for all documents that refer or relate to
23  Hestal Lipscomb's --
24   A.  Uh-huh.
25   Q.  -- attempts to obtain either STD benefits or FMLA
```

## Page 12

```
 1  leave in 2004 while employed by EDS? Do you see that?
 2   A.  Uh-huh.
 3   Q.  I need you to answer verbally, if you would, please.
 4        MR. McDOUGAL: Yes or no, if it's yes or no.
 5  You can't do an uh-huh or a huh-uh.
 6   A.  No.
 7        MR. McDOUGAL: What was the question?
 8   Q.  (BY MR. CRONIN) It refers to FMLA leave, correct?
 9  Yes or no?
10   A.  Yes.
11        MR. McDOUGAL: What he's referring --
12   Q.  (BY MR. CRONIN) All right. Did you make any effort
13  to find out if CIGNA had any documents that related to Hestal
14  Lipscomb's FMLA leave -- or attempt to get FMLA leave in 2004
15  while employed at EDS?
16   A.  It's my understanding we only have STD files.
17   Q.  Okay. Where did you get that understanding?
18   A.  On the system.
19   Q.  From the system?
20   A.  Uh-huh.
21   Q.  Yes?
22   A.  Yes.
23   Q.  So you went on -- tell me what you mean by "on the
24  system."
25   A.  On a computer.
```

## Page 13

```
 1   Q.  What's your understanding of what happens to records
 2  relating to applications for FMLA leave --
 3   A.  I don't --
 4   Q.  Please let me finish.
 5   A.  Okay.
 6   Q.  -- when they are administered by CIGNA for EDS?
 7   A.  I don't know -- FMLA.
 8   Q.  Okay.
 9   A.  Uh-huh.
10        MR. CRONIN: Craig, we're going to need a
11  comprehensive response to this.
12        MR. McDOUGAL: Well, let me -- I think there may
13  be some confusion, and maybe it's regarding the terminology
14  that the -- the subpoena is to LINA, and she's a LINA employee.
15  And if you're asking her questions about CIGNA, I think that's
16  probably where it is lost.
17        I honestly -- I don't know if LINA administers
18  the FMLA. It could be some other company. But the subpoena
19  was to LINA, and that's who she's employed by. So maybe that's
20  the issue, you know.
21        MR. CRONIN: Okay. Off the record.
22        (An off-the-record discussion was held from
23        10:14 a.m. to 10:15 a.m.)
24        MR. CRONIN: Back on the record.
25   Q.  (BY MR. CRONIN) Do you recall speaking with me on or
```

Esquire Deposition Services
(215) 988-9191

Page 14

1 about March 28th, 2006, after we received these documents?
2  A. Yes.
3  Q. Okay. And what do you recall we discussed?
4  A. The additional documentation.
5  Q. Okay.
6     MR. CRONIN: Let's go ahead and mark that,
7 please.
8     (Exhibit 2 marked.)
9     MR. CRONIN: Off the record.
10    (An off-the-record discussion was held at
11    10:16 a.m. for less than one minute.)
12 Q. (BY MR. CRONIN) You've been handed what's been
13 marked as CIGNA No. 2. Do you recognize this document?
14 A. Yes.
15 Q. And what is it?
16 A. It's your letter. It comes from the documents.
17 Q. Okay. And you received the letter on March 28th,
18 2006?
19 A. Yes.
20 Q. Okay. And what did you do after you got the letter?
21 A. I do believe I called you.
22 Q. Okay. And what else?
23 A. (No verbal response.)
24 Q. Did you do anything in connection with the various
25 requests I made in my -- in my letter?

Page 15

1  A. Yes, I did.
2  Q. Okay. Tell me what you did.
3  A. I call you, and we discuss the additional
4 documentation regarding your concern.
5  Q. Okay. Well, let's -- there were a number of concerns
6 in the letter, correct?
7  A. Right.
8  Q. All right. And the first concern had to do with the
9 fact that certain of the documents that you first gave us had
10 certain parts of the narratives cut off --
11 A. Uh-huh.
12 Q. -- is that right?
13 A. Yes.
14 Q. Okay. So what did you do in response to that
15 concern?
16 A. I faxed the complete copy.
17 Q. Okay. Where did you get the complete copy?
18 A. From the computer.
19 Q. Okay. So rather than just take it out of the paper
20 file, you went to the computer, got the full text, and then you
21 faxed it to me?
22 A. Correct.
23 Q. All right. Now -- then I raise a second issue with
24 respect to the second part of the subpoena, what was being
25 requested, correct?

Page 16

1  A. Yes.
2  Q. All right. And what did you understand to be the
3 nature of that request?
4  A. Yes.
5  Q. What did you understand to be the nature of that
6 request?
7  A. The second part?
8  Q. Yes.
9  A. I confirm I do not have the documentation.
10 Q. Okay. You confirmed that you don't have the
11 documentation to show what faxes were received --
12 A. Correct.
13 Q. -- at fax number (800) 325-7016 on June 21st, 2004?
14 A. Correct.
15 Q. All right. And how did you verify that?
16 A. I discussed with our technician.
17 Q. Who's your technician?
18 A. His name is Chris Roberts.
19 Q. Okay. What's Mr. Roberts' position?
20 A. I believe his title is LAN administrator.
21 Q. LAN admin- --
22 A. LAN, right.
23 Q. Meaning local area network administrator?
24 A. Yes.
25 Q. All right. And what did Mr. Roberts tell you?

Page 17

1  A. In office?
2  Q. What did he tell you -- you went and talked to him.
3  A. Oh.
4     I checked with him to see if he can recognize
5 the number you listed in your letter.
6  Q. Well, first let's deal with the number 325-7016. The
7 first question had to do with whether there was some record
8 kept which would show what documents were received at that fax
9 number on a particular date, correct?
10 A. Correct.
11 Q. All right. Did you ask Mr. Roberts about that, or
12 did you ask somebody else?
13 A. I did not ask anybody.
14 Q. Okay. What did you do to find out the answer to my
15 question?
16 A. It's by our common knowledge.
17 Q. Okay. Common knowledge within CIGNA. Being what?
18 A. We don't --
19    MR. McDOUGAL: Objection; form.
20 Q. (BY MR. CRONIN) What's the common knowledge in CIGNA
21 with respect to records kept relating to faxes received at
22 particular numbers?
23    MR. McDOUGAL: Same objection.
24 Q. (BY MR. CRONIN) You can answer.
25 A. We don't keep the records.

Page 18

1  Q.  All right. Now, with respect to the second issue in
2  the second paragraph, I asked you about another fax number and
3  specifically showed you, as an attachment to my letter, a
4  document that appears to have been sent to -- and if it will
5  help you, you can turn to the attachment on -- to that letter,
6  which is numbered HL 085.
7      MR. McDOUGAL: At the back. It's the last --
8      THE WITNESS: In the back?
9      MR. McDOUGAL: Towards the back.
10     MR. CRONIN: Towards the back, yeah. I had --
11 off the record.
12     (An off-the-record discussion was held at
13     10:22 a.m. for less than one minute.)
14  Q.  (BY MR. CRONIN) Now, in my letter to you on
15 March 28th, I referenced these three documents, HL 085 through
16 HL 087, as appearing to show that a document faxed to
17 1-800-325-7016 had gone to 1-800-377-4286. Do you see that?
18  A.  Yes.
19  Q.  All right. And I asked you if you could find out if
20 1-800-377-4286 was a CIGNA or LINA number. Does that sound
21 correct?
22  A.  Yes.
23  Q.  Okay. So tell me what you did in trying to determine
24 that.
25  A.  I went to Chris Roberts, verified the number,

Page 19

1  1-800-377-4286.
2  Q.  Okay.
3  A.  And his response was that he was unable to identify.
4  Q.  Why did you go to Mr. Roberts?
5  A.  He's the technician.
6  Q.  Are there other technicians with CIGNA?
7  A.  No.
8      MR. McDOUGAL: Objection; form.
9      Sorry. I've got to make them --
10     MR. CRONIN: Sure.
11     MR. McDOUGAL: -- when you're asking about CIGNA
12 instead of LINA.
13     MR. CRONIN: Okay. That's fine.
14     MR. McDOUGAL: Because no one knows what CIGNA
15 is.
16  Q.  (BY MR. CRONIN) Are there other technicians with
17 LINA?
18  A.  No.
19     MR. CRONIN: Let's go ahead and mark this.
20     (Exhibit 3 marked.)
21     MR. McDOUGAL: Okay. 3?
22     MR. CRONIN: Yep.
23     Go ahead and mark this No. 4.
24     (Exhibit 4 marked.)
25     MR. CRONIN: Off the record.

Page 20

1      (An off-the-record discussion was held at
2      10:25 a.m. for less than one minute.)
3  Q.  (BY MR. CRONIN) Ms. Gunther, you've had handed to
4  you what's been marked as CIGNA Exhibit 3. Do you recognize
5  that document?
6  A.  Yes.
7  Q.  Okay. What is it?
8  A.  A fax cover sheet.
9  Q.  Well, it's -- it's -- it's more than --
10 A.  To --
11 Q.  -- just a fax cover sheet, correct? A whole
12 document?
13 A.  This one?
14 Q.  Yes, ma'am.
15 A.  A fax cover sheet to you.
16 Q.  Okay.
17 A.  Uh-huh.
18 Q.  And there are documents attached to the fax cover
19 sheet?
20 A.  Oh. Yes.
21 Q.  Okay. And what are the documents attached to the
22 cover sheet?
23 A.  It's data entries from our system.
24 Q.  Okay. Let me see if I can speed this up.
25    Would it be fair to say that this fax is -- is

Page 21

1  your production to me of the computer-generated copies of the
2  documents that had previously been cut off in the initial
3  response to the subpoena?
4  A.  Yes.
5  Q.  Okay. All right. Now let's look at CIGNA No. 4.
6  A.  This one.
7  Q.  Do you recognize that document?
8  A.  Yes.
9  Q.  Okay. And what is it?
10 A.  Your confirmation.
11 Q.  Confirmation of our conversation?
12 A.  Yes.
13 Q.  Okay. Does it accurately state what you told me
14 regarding the existence of records that would reflect
15 information regarding faxes sent to fax number (800) 325-7016?
16 A.  Yes.
17 Q.  Okay. And since we had that conversation on
18 April 3rd, have you discovered that there are any documents in
19 existence which do reflect that information?
20 A.  No.
21 Q.  Okay. By the way, how many fax numbers are used by
22 LINA in connection with handling short-term disability claims
23 on behalf of its clients?
24 A.  I don't know.
25 Q.  Do you have any idea? Can you give me an

Page 22

1  approximation? Hundreds?
2  A. No.
3  Q. More than ten?
4  A. No.
5  Q. Less than --
6  A. I think it's under ten.
7  Q. Less than ten?
8  A. Uh-huh.
9  Q. Under five?
10 A. Maybe.
11 Q. Okay. Do you know what they are?
12    MR. McDOUGAL: I'm sorry. What was the
13 question?
14 Q. (BY MR. CRONIN) Do you know what the numbers are,
15 the fax numbers?
16    MR. McDOUGAL: Oh. I'm sorry.
17 A. I cannot recall.
18 Q. (BY MR. CRONIN) Okay. Does somebody keep the fax
19 numbers? Does somebody -- is there some individual at CIGNA
20 who would have knowledge of the fax numbers?
21 A. Maybe customer service unit or the intake unit.
22 Q. Or the intake unit?
23 A. The intake unit. Where?
24 Q. I'm sorry?
25 A. Can you repeat?

Page 23

1  Q. Yeah. I'm just trying to figure out if somewhere
2  within LINA --
3  A. Uh-huh.
4  Q. -- there is a place one could go to find out what are
5  the fax numbers that are used in connection with short-term
6  disability claims.
7  A. Intake unit.
8  Q. Intake?
9  A. Yeah.
10 Q. Okay. Is there a particular person in intake who
11 would know?
12 A. Steve Edwards.
13 Q. Okay. Did you consider contacting Mr. Edwards with
14 this number, 1-800-377-4286?
15 A. No.
16 Q. Okay. Why not?
17 A. My understanding is the technician is sufficient.
18 Q. Okay. Subsequent to our conversation on April 3rd,
19 2006, did you come to learn that 800-377-4286 was a LINA fax
20 number -- was or is a LINA fax number?
21 A. It's not our fax number.
22 Q. Okay. All right. You have no subsequent information
23 since our conversation on April 3rd --
24 A. No.
25 Q. -- is that correct?

Page 24

1  A. Yes.
2  Q. Okay. Do you know somebody with CIGNA Group
3  Disability by the name of Elizabeth Williams?
4  A. No.
5  Q. Do you know somebody with CIGNA Group Disability by
6  the name of Janice Cook?
7  A. No.
8  Q. Okay.
9     (Exhibit 5 marked.)
10    MR. CRONIN: I just have one copy of this.
11    MR. McDOUGAL: Oh, so this is the copy?
12    MR. CRONIN: Yeah. I just made one copy of
13 this. No, no, no, I've got the marked copy, but this is for
14 you guys.
15    MR. McDOUGAL: Do you want it back, or is this
16 mine to write on?
17    MR. CRONIN: Yeah, it's yours to mark -- No. 5.
18    Are you okay?
19    MR. McDOUGAL: I am, sure.
20 Q. (BY MR. CRONIN) Okay. Ms. Gunther, I've handed you
21 what's been marked as CIGNA No. 5. Do you recognize that
22 document?
23 A. No.
24 Q. Okay. Do you see the number it's directed to?
25 A. To whom it may concern.

Page 25

1  Q. No, no, no. The fax number that it's directed to.
2  A. My -- 377-4286.
3  Q. Okay. That's the number that we've been discussing
4  and that you checked with Chris Roberts about, correct?
5  A. Correct.
6  Q. All right. I'm going to play a couple of messages
7  for you. I'm going to, first of all, mark as CIGNA No. 6 what
8  I'll represent to you is the transcript of the message -- of
9  the first one, and then we'll go through the second one -- of
10 two calls that I received in response to this fax.
11    (Exhibit 6 marked.)
12    MR. CRONIN: And you can read along if you'd
13 like.
14    (Message played.)
15    Message, Monday, April 3rd, at 12:07 p.m.
16    Hi, Larry. This is Elizabeth Williams, calling
17 from CIGNA Group Disability. And I received the fax that you
18 sent, but I only got the cover sheet. I was wanting to know
19 what the name of the claimant was or what it was you were
20 faxing over to us. If you can give me a call again, I'd
21 appreciate it. My number here is (972) 952-1087. And, again,
22 this is in regards to a fax you sent us earlier today. Thanks.
23    MR. CRONIN: Okay. Let's go ahead and mark the
24 next one.
25    (Exhibit 7 marked.)

7 (Pages 22 to 25)

Page 26

1  Q. (BY MR. CRONIN) Okay. Ms. Gunther, I'm going to
2  hand you what's been marked as CIGNA No. 7. Again, I'm just
3  going to play you a recording. That is a -- the transcript.
4      (Message played.)
5      Message, Tuesday, April 4th, at 2:17 p.m.
6      Hi, this is Janice Cook with CIGNA Insurance.
7  We received a single-page fax from you yesterday, approximately
8  one o'clock. It says, To Whom It May Concern: Please contact
9  me upon receipt of this fax. The fax number you sent it to was
10 1-800-352-8553 -- oh, I'm sorry -- 1-800-642-8553. I don't
11 know if there's any additional pages. Please contact me. My
12 number is 1-800-352-0611, and my extension is 1284. Thank you.
13 Q. (BY MR. CRONIN) Okay. Ms. Gunther, do the
14 recordings of either of these phone calls affect your belief as
15 to whether 800-377-4286 is either a CIGNA or LINA fax number
16 used for the receipt of information regarding short-term
17 disability claims? Does it impact your belief that it's not?
18     MR. McDOUGAL: Objection; form.
19 A. Can you repeat the question again? I guess --
20 Q. (BY MR. CRONIN) Sure.
21     You've testified that subsequent to our
22 conversations in late March or early April, that you attempted
23 to find out whether this particular number that we've been
24 discussing is either a CIGNA or LINA fax number used in
25 connection with short-term disability claims. And I've played

Page 27

1  you two tape recordings that I received -- two voice mail
2  messages that I received in response to my fax to 800-377-4286.
3  And I'm asking you whether these messages impact your belief as
4  to whether or not this number, 800-377-4286, is a CIGNA or LINA
5  fax number.
6  A. I still don't believe the 800 --
7      MR. McDOUGAL: Same objection.
8  A. -- number 377-4286 -- still not a fax number, to my
9  knowledge.
10 Q. (BY MR. CRONIN) Okay. All right. Now, looking at
11 the transcript of -- that's contained on CIGNA No. 7 regarding
12 the -- Janice Cook. Do you see that one?
13 A. Yes.
14 Q. All right. Now, Ms. Cook mentions that the fax was
15 sent to 1-800-642-8553. Do you see that?
16 A. Yes.
17 Q. Okay. That, in fact, is not the fax number that it
18 was sent to, correct?
19     MR. McDOUGAL: Objection; form.
20 Q. (BY MR. CRONIN) You can look back at CIGNA No. 5.
21 A. No, that's not the same number.
22 Q. Okay. Do you recognize the number that Ms. Cook is
23 referring to?
24 A. No.
25 Q. All right.

Page 28

1      MR. CRONIN: Why don't we go ahead and mark that
2  as --
3      (Exhibit 8 marked.)
4      MR. McDOUGAL: That's 8?
5      MR. CRONIN: Yep.
6  Q. (BY MR. CRONIN) Ms. Gunther, I'm handing you what's
7  been marked as CIGNA No. 8. I'll represent to you this is a
8  page printed off of a web-site. Do you recognize it?
9  A. I can't -- no.
10 Q. Okay. Do you recognize the logo up in the upper
11 left-hand corner --
12 A. Yes.
13 Q. -- CIGNA?
14 A. Uh-huh.
15 Q. Are you familiar with that?
16 A. Yes.
17 Q. Okay. Does LINA have its own web-site with
18 instructions on how to file short-term disability claims?
19 A. I do believe they do, but I do not go to the
20 web-site --
21 Q. Okay.
22 A. -- for myself.
23 Q. Is this one that you believe exists -- is that one
24 that's made available to EDS employees?
25 A. I don't know.

Page 29

1  Q. All right. Now, looking on that document that's been
2  marked as CIGNA No. 8, do you see the fax number on that that
3  Ms. Cook references in her message, as indicated on CIGNA
4  No. 7?
5  A. Yes.
6  Q. Okay. And where is it?
7  A. 64- -- 1-800-642-8553.
8  Q. Okay. And how is it identified on the document as
9  being a fax number -- the purpose for that fax number?
10 A. Say again.
11 Q. Looking at this page from the --
12 A. Uh-huh.
13 Q. -- web-site that's been marked as CIGNA No. 8, what
14 is the purpose for which this fax number is listed?
15 A. The Document No. 8 -- can you repeat again?
16 Q. Sure.
17     The title of this page says, How To File a
18 Disability Claim, correct?
19 A. Yes.
20 Q. All right. And then it lists three steps --
21 A. Yes.
22 Q. -- is that correct?
23     What is the third step that's listed?
24 A. Mail or fax both the completed and the signed
25 disability claim form to the fax number 800-642-8553.

8 (Pages 26 to 29)

Page 30

1  Q.  It also refers to the physician statement --
2  A.  Correct.
3  Q.  -- correct?
4      And that's the fax number -- the same fax number
5  that Ms. Cook refers to in her message to me, correct?
6      MR. McDOUGAL:  Objection; form.
7  A.  Yes.
8  Q.  (BY MR. CRONIN)  Okay.
9      MR. CRONIN:  No further questions.
10     MR. PIATAK:  No questions.
11     MR. McDOUGAL:  None here.
12     Thank you very much.
13     THE REPORTER:  Do you want to state your
14 agreements on the record about sign- --
15     MR. CRONIN:  Well, it's really up to -- up to
16 you, Craig.  I mean, I think we will probably end up using this
17 transcript at trial and usually advise the witness --
18     MR. McDOUGAL:  When's your trial date?
19     MR. CRONIN:  I think, like, fall sometime.
20     MR. McDOUGAL:  Oh, okay.
21     MR. CRONIN:  October, November.
22     MR. PIATAK:  Well, I don't think we have one.
23     MR. CRONIN:  Huh?
24     MR. PIATAK:  There's no definite one.  It's -- I
25 think it's --

Page 31

1      MR. CRONIN:  We do.
2      MR. PIATAK:  It's not till November.
3      MR. CRONIN:  Yeah.
4      MR. McDOUGAL:  It's not in the next 30 days.
5  Okay?
6      Typically, you have the opportunity to get a
7  copy of this transcript and read it --
8      THE WITNESS:  Sure.
9      MR. McDOUGAL:  -- and make sure that it's
10 accurate and -- okay?  So do you want to do that?
11     THE WITNESS:  Yeah.
12     MR. McDOUGAL:  Okay.  So if you'll send it to me
13 and just let me know -- I don't know if it's a federal rule or
14 a local rule that's 30 verus 20 days, whatever -- just whatever
15 the days are on that, I'll get it to you, and then we'll get it
16 back to him.  Okay?
17     THE WITNESS:  Uh-huh.
18     (End of proceedings at 10:41 a.m.)
19
20
21
22
23
24
25

Page 32

1           CHANGES AND SIGNATURE
2  PAGE/LINE    CHANGE    REASON FOR CHANGE
3  _____
4  _____
5  _____
6  _____
7  _____
8  _____
9  _____
10 _____
11 _____
12 _____
13 _____
14 _____
15     I, GRACIE GUNTHER, have read the foregoing deposition and
    hereby affix my signature that same is true and correct except
16 as noted herein.
17
              _____
18            GRACIE GUNTHER
             CA# 05-477 SLR
19
STATE OF TEXAS )
20    Subscribed and sworn to before me by the said witness,
   GRACIE GUNTHER, on this the _____ day of _____,
21 2006.
22
              _____
23            NOTARY PUBLIC IN AND FOR
              THE STATE OF _____
24
   My Commission Expires:
25

Page 33

1 STATE OF TEXAS )
2     I, Caroline Miller, RPR, a Certified Shorthand Reporter in
3 and for the State of Texas, do hereby certify that, pursuant to
4 the agreement hereinbefore set forth, there came before me on
5 the 4th day of May, A.D., 2006, at 9:51 a.m., at the offices of
6 Crouch & Ramey, located at 1445 Ross Avenue, Suite 3600, in the
7 City of Dallas, State of Texas, the following named person, to
8 wit: GRACIE GUNTHER, who was by me duly cautioned and sworn to
9 testify the truth, the whole truth and nothing but the truth,
10 of her knowledge touching and concerning the matters in
11 controversy in this cause; and that she was thereupon carefully
12 examined upon her oath, and her examination was reduced to
13 writing under my supervision; that the deposition is a true
14 record of the testimony given by the witness, same to be sworn
15 to and subscribed by said witness before any Notary Public,
16 pursuant to the agreement of the parties; and that the amount
17 of time used by each party at the deposition is as follows:
18     Mr. Laurence Cronin - 00:38,
19     Mr. Thomas Piatak - 00:00,
20     Mr. Craig McDougal - 00:00;
21     I further certify that I am neither attorney or counsel
22 for, nor related to or employed by, any of the parties to the
23 action in which this deposition is taken, and further that I am
24 not a relative or employee of any attorney or counsel employed
25 by the parties hereto, or financially interested in the action.

Page 34

1  I further certify that, before completion of the
2 deposition, the Deponent _____, and/or the Plaintiff/Defendant
3 _____, did _____ did not _____ request to review the
4 transcript.
5  In witness whereof, I have hereunto set my hand and
6 affixed my seal this 16th day of May, A.D., 2006.
7
8            _____
             Caroline Tadlock, RPR, Texas CSR 6226
9            Expiration Date: 12/31/2006
             Firm Registration No. 286
10           Esquire Deposition Services
             1700 Pacific Avenue, Suite 4750
11           Dallas, Texas 75201
             (214) 257-1436
12
13 Taxable Cost: $_____
14
15
16
17
18
19
20
21
22
23
24
25

10 (Page 34)

### A
above-styled 1:19
account 8:11,13 8:15,17
accounts 7:13 8:6,9,9,10,12
accurate 31:10
accurately 21:13
action 1:5 33:23 33:25
additional 14:4 15:3 26:11
admin 16:21
administered 13:6
administering 7:25 11:9
administers 13:17
administrator 16:20,23
advise 30:17
affect 26:14
affix 32:15
affixed 34:6
agreement 33:4 33:16
agreements 30:14
ahead 14:6 19:19,23 25:23 28:1
America 5:21,23
amount 33:16
and/or 34:2
answer 5:10 12:3 17:14,24
answering 5:7
answers 5:9
anybody 17:13
Appearances 3:3
appearing 18:16
appears 18:4
applications 13:2
appreciate 25:21
approximately 26:7
approximation 22:1
April 21:18 23:18 23:23 25:15 26:5,22
area 16:23
asked 18:2,19
asking 13:15 19:11 27:3
asks 11:22
aspects 7:5,7
assign 8:5
assigned 8:8,9,9 8:13
assistance 7:10
attached 1:25 20:18,21
attaching 3:13
attachment 18:3 18:5
attachments 3:12
attempt 12:14
attempted 26:22
attempts 11:25
attorney 33:21 33:24
authenticate 4:19
available 28:24
Avenue 1:23 2:5 2:14 33:6 34:10
aware 9:5
A.D 33:5 34:6
a.m 1:20,20 10:9 10:9 13:23,23 14:11 18:13 20:2 31:18 33:5

### B
back 13:24 18:7 18:8,9,10 24:15 27:20 31:16
BAKER 2:9
basically 7:3,9
Bates 10:3
behalf 11:10 21:23
belief 26:14,17 27:3
believe 14:21 16:20 27:6 28:19,23

benefits 7:22 11:25
best 11:2
big 8:11
bit 7:18
break 10:9
business 6:17
businesses 7:21

### C
C 2:1
CA 32:18
call 15:3 25:20
called 14:21
calling 25:16
calls 25:10 26:14
carefully 33:11
Caroline 1:20 33:2 34:8
case 4:16,21 5:2 5:8 8:20 9:5,11
cause 1:19 33:11
cautioned 33:8
Center 2:9
certain 8:12 15:9 15:10
Certificate 3:7
Certified 33:2
certify 33:3,21 34:1
CHANGE 32:2,2
Changes 3:6 32:1
checked 17:4 25:4
Chris 16:18 18:25 25:4
CIGNA 3:19 6:3 6:4 9:16,17,21 10:12 11:3,7,9 11:12 12:13 13:6,15 14:13 17:17,20 18:20 19:6,11,14 20:4 21:5 22:19 24:2,5 24:21 25:7,17 26:2,6,15,24 27:4,11,20 28:7,13 29:2,3 29:13
City 2:9 33:7

Civil 1:5,24
claim 3:19 6:22 6:24 7:1,4,5,8 29:18,25
claimant 25:19
claims 21:22 23:6 26:17,25 28:18
clean 5:7
clear 5:1
clearly 5:9
Cleveland 2:10
clients 7:13,24 21:23
come 23:19
comes 14:16
Commission 32:24
common 17:16 17:17,20
company 5:21 5:23 7:24 13:18
complete 15:16 15:17
completed 29:24
completion 34:1
complies 11:20
comprehensive 13:11
computer 12:25 15:18,20
computer-gen... 21:1
concern 15:4,8 15:15 24:25 26:8
concerning 33:10
concerns 15:5
confirm 16:9
confirmation 21:10,11
confirmed 16:10
confusing 5:4
confusion 13:13
connection 8:25 14:24 21:22 23:5 26:25
consider 23:13
contact 26:8,11
contacting 23:13

contained 27:11
contents 11:3
controversy 33:11
conversation 21:11,17 23:18 23:23
conversations 26:22
Cook 3:18 24:6 26:6 27:12,14 27:22 29:3 30:5
copied 10:19,22 10:23
copies 10:5 21:1
copy 3:11 10:18 10:24 15:16,17 24:10,11,12,13 31:7
corner 28:11
Corporate 2:5
Corporation 1:7 1:8 6:4
correct 7:11 10:4 12:8 15:6,22 15:25 16:12,14 17:9,10 18:21 20:11 23:25 25:4,5 27:18 29:18,22 30:2 30:3,5 32:15
Cost 34:13
counsel 33:21 33:24
couple 4:25 25:6
course 6:2
Court 1:1 4:8
cover 20:8,11,15 20:18,22 25:18
Craig 2:13 13:10 30:16 33:20
Cronin 2:4 3:5 3:12,15,16 4:4 4:7 6:25 8:3 9:13,15 10:1,4 10:11 12:8,12 13:10,21,24,25 14:6,9,12 17:20,24 18:10 18:14 19:10,13 19:16,19,22,25 20:3 22:14,18

24:10,12,17,20
25:12,23 26:1
26:13,20 27:10
27:20 28:1,5,6
30:8,9,15,19
30:21,23 31:1
31:3 33:18
**Crouch** 1:22
2:13 33:6
**CSR** 1:21 34:8
**current** 6:21
**customer** 22:21
**cut** 15:10 21:2

───── D ─────
**Dallas** 1:23 2:15
33:7 34:11
**data** 1:7 3:13
20:23
**date** 17:9 30:18
34:9
**day** 1:19 32:20
33:5 34:6
**days** 31:4,14,15
**deal** 6:17 17:6
**DEFENDANT** 1:9
2:7
**definite** 30:24
**degree** 5:16,17
**Delaware** 1:1,7
2:5,6 4:9
**Depending** 8:11
**Deponent** 34:2
**deposed** 4:10
**deposition** 1:12
1:17 9:8 32:15
33:13,17,23
34:2,10
**DESCRIPTION**
3:10
**determine** 18:23
**directed** 9:20
24:24 25:1
**directions** 7:8
**disability** 3:19
6:8,9,14,15
7:22,25 11:10
11:13 21:22
23:6 24:3,5
25:17 26:17,25
28:18 29:18,25
**discovered**
21:18

**discuss** 15:3
**discussed** 14:3
16:16
**discussing** 25:3
26:24
**discussion**
13:22 14:10
18:12 20:1
**District** 1:1,1 4:8
4:9
**division** 6:5
**divisions** 6:4
**document** 14:13
18:4,16 20:5
20:12 21:7
24:22 29:1,8
29:15
**documentation**
14:4 15:4 16:9
16:11
**documents** 9:7
9:17 10:20
11:7,21,22
12:13 14:1,16
15:9 17:8
18:15 20:18,21
21:2,18
**duly** 1:18 4:2
33:8
**duties** 7:3

───── E ─────
**E** 2:1,1
**earlier** 25:22
**early** 26:22
**East** 2:10
**EDS** 8:15 11:10
11:12 12:1,15
13:6 28:24
**education** 5:15
5:16,18
**Edwards** 23:12
23:13
**effort** 12:12
**either** 11:25
26:14,15,24
**ELECTRONIC**
1:7
**Elizabeth** 3:17
24:3 25:16
**employed** 5:20
5:22 12:1,15
13:19 33:22,24

**employee** 13:14
33:24
**employees** 6:19
11:13 28:24
**employer** 5:25
**entire** 11:3
**entries** 3:13
20:23
**Esquire** 34:10
**examination** 3:5
4:3 33:12
**examined** 33:12
**Exhibit** 9:14 14:8
19:20,24 20:4
24:9 25:11,25
28:3
**EXHIBITS** 3:9
**existence** 21:14
21:19
**exists** 28:23
**Expiration** 34:9
**Expires** 32:24
**explained** 9:18
**extension** 26:12

───── F ─────
**fact** 15:9 27:17
**fair** 20:25
**fall** 30:19
**familiar** 8:15,17
28:15
**fax** 3:13,16
16:13 17:8
18:2 20:8,11
20:15,18,25
21:15,21 22:15
22:18,20 23:5
23:19,20,21
25:1,10,17,22
26:7,9,9,15,24
27:2,5,8,14,17
29:2,9,9,14,24
29:25 30:4,4
**faxed** 15:16,21
18:16
**faxes** 16:11
17:21 21:15
**faxing** 25:20
**federal** 1:23
31:13
**figure** 9:4 23:1
**file** 3:11,19 10:18
10:19,22,23,24

10:25 11:4,6
15:20 28:18
29:17
**files** 11:12 12:16
**Finally** 5:10
**financially** 33:25
**find** 12:13 17:14
18:19 23:4
26:23
**fine** 19:13
**finish** 13:4
**Firm** 34:9
**first** 4:2 5:3 8:25
9:4,6 15:8,9
17:6,7 25:7,9
**five** 22:9
**FMLA** 11:9,13,25
12:8,14,14
13:2,7,18
**following** 33:7
**follows** 4:2
33:17
**foregoing** 32:15
**form** 8:1 17:19
19:8 26:18
27:19 29:25
30:6
**formal** 5:14
**forth** 33:4
**forward** 4:25
**full** 15:20
**functions** 6:7
**FURLOW** 2:4
**further** 30:9
33:21,23 34:1

───── G ─────
**give** 21:25 25:20
**given** 33:14
**glad** 5:5
**go** 7:9 10:7 14:6
19:4,19,23
23:4 25:9,23
28:1,19
**going** 4:25 9:15
13:10 25:6,7
26:1,3
**Good** 4:5,6
**GRACIE** 1:13,17
3:5 4:1 32:15
32:18,20 33:8
**group** 6:15,18
7:21 24:2,5

25:17
**guess** 26:19
**Gunther** 1:13,17
3:5,15 4:1,5
9:15 20:3
24:20 26:1,13
28:6 32:15,18
32:20 33:8
**guys** 24:14

───── H ─────
**hand** 9:15 26:2
34:5
**handed** 14:12
20:3 24:20
**handing** 28:6
**handling** 21:22
**happens** 13:1
**head** 5:10,11
**held** 13:22 14:10
18:12 20:1
**help** 18:5
**hereinbefore**
33:4
**hereto** 1:25
33:25
**hereunto** 34:5
**Hestal** 1:3 4:7
11:4,23 12:13
**Hi** 25:16 26:6
**highest** 5:14
**HL** 18:6,15,16
**honestly** 13:17
**HOSTETLER** 2:9
**Huh** 30:23
**huh-uh** 8:18
12:5
**Hundreds** 22:1

───── I ─────
**idea** 7:23 11:11
21:25
**identified** 29:8
**identify** 19:3
**impact** 26:17
27:3
**important** 5:8
**include** 6:15
**Including** 6:11
**INDEX** 3:1
**indicate** 5:11
**indicated** 29:3
**individual** 6:16
7:24 22:19

individuals 8:13
information
   21:15,19 23:22
   26:16
initial 21:2
instance 1:18
instructions
   28:18
insurance 5:21
   5:22 6:8,9,13
   6:15,16 26:6
intake 22:21,22
   22:23 23:7,8
   23:10
interested 33:25
involved 8:19,25
   11:9
issue 13:20
   15:23 18:1

**J**

J 2:8
Janice 3:18 24:6
   26:6 27:12
job 7:3
jump 7:18
June 16:13
jurisdiction 4:23

**K**

KATZENSTEIN
   2:4
keep 4:25 11:12
   17:25 22:18
kept 10:25 17:8
   17:21
kind 4:16
know 4:23 6:20
   7:20 8:19,22
   11:15 13:7,17
   13:20 21:24
   22:11,14 23:11
   24:2,5 25:18
   26:11 28:25
   31:13,13
knowledge 11:2
   17:16,17,20
   22:20 27:9
   33:10
knows 19:14

**L**

LAN 16:20,21,22
Larry 4:7 25:16

late 26:22
Laurence 2:4
   33:18
law 1:22
lawsuit 4:8
learn 23:19
leave 11:10,13
   11:14 12:1,8
   12:14,14 13:2
left-hand 28:11
letter 3:12,15
   14:16,17,20,25
   15:6 17:5 18:3
   18:5,14
let's 14:6 15:5
   17:6 19:19
   21:5 25:23
level 5:14
life 5:21,22 6:13
LINA 3:13 6:1,3
   6:4,7,19 7:15
   7:21 8:5 9:20
   11:19 13:14,14
   13:17,19 18:20
   19:12,17 21:22
   23:2,19,20
   26:15,24 27:4
   28:17
Lipscomb 1:3
   4:7 11:4
Lipscomb's 3:11
   11:23 12:14
listed 17:5 29:14
   29:23
lists 29:20
little 7:18,20
LLP 2:4
local 16:23
   31:14
located 33:6
logo 28:10
long 5:22 6:25
   8:23
long-term 6:11
   6:14
look 21:5 27:20
looking 11:6,6
   27:10 29:1,11
lost 13:16

**M**

machine 1:21
mail 3:17,18 27:1

29:24
management
   7:6
manager 6:22,23
   6:24 7:1,4,8
March 14:1,17
   18:15 26:22
mark 9:13 14:6
   19:19,23 24:17
   25:7,23 28:1
marked 9:14,16
   10:11 11:3,7
   11:19 14:8,13
   19:20,24 20:4
   24:9,13,21
   25:11,25 26:2
   28:3,7 29:2,13
master's 5:16,17
matters 33:10
ma'am 20:14
McDougal 2:13
   8:1 9:24 10:2,7
   12:4,7,11
   13:12 17:19,23
   18:7,9 19:8,11
   19:14,21 22:12
   22:16 24:11,15
   24:19 26:18
   27:7,19 28:4
   30:6,11,18,20
   31:4,9,12
   33:20
mean 6:10 7:7
   12:23 30:16
Meaning 16:23
mentions 27:14
message 25:8
   25:14,15 26:4
   26:5 29:3 30:5
messages 25:6
   27:2,3
Miller 33:2
mind 5:1
mine 24:16
minute 9:24 10:8
   14:11 18:13
   20:2
Monday 25:15
morning 4:5,6
multiple 8:10

**N**

N 2:1

name 4:7,21
   16:18 24:3,6
   25:19
named 33:7
narratives 15:10
National 2:9
nature 16:3,5
need 5:7 12:3
   13:10
neither 33:21
network 16:23
nod 5:10
North 5:21,23
Notary 32:23
   33:15
noted 32:16
notice 7:18
November 30:21
   31:2
number 10:3
   15:5 16:13
   17:5,6,9 18:2
   18:20,25 21:15
   23:14,20,20,21
   24:24 25:1,3
   25:21 26:9,12
   26:15,23,24
   27:4,5,8,8,17
   27:21,22 29:2
   29:9,9,14,25
   30:4,4
numbered 1:19
   18:6
numbers 17:22
   21:21 22:14,15
   22:19,20 23:5

**O**

oath 33:12
objection 8:1
   17:19,23 19:8
   26:18 27:7,19
   30:6
obtain 11:25
October 30:21
office 8:22 11:1
   17:1
offices 1:22 33:5
off-the-record
   13:22 14:10
   18:12 20:1
oh 17:3 20:20
   22:16 24:11

26:10 30:20
Ohio 2:10
okay 4:19,21
   5:12,17,25 6:7
   6:12 7:16 8:8
   8:12,15 9:7,16
   9:21,23,25
   10:7,14,16,22
   12:17 13:5,8
   13:21 14:3,5
   14:17,20,22
   15:2,5,14,17
   15:19 16:10,19
   17:14,17 18:23
   19:2,13,21
   20:7,16,21,24
   21:5,9,13,17
   21:21 22:11,18
   23:10,13,16,18
   23:22 24:2,8
   24:18,20,24
   25:3,23 26:1
   26:13 27:10,17
   27:22 28:10,17
   28:21 29:6,8
   30:8,20 31:5
   31:10,12,16
opportunity 31:6
ORAL 1:12,17
order 10:17,23
o'clock 26:8

**P**

P 2:1,1
Pacific 34:10
page 3:2,10,19
   11:18 28:8
   29:11,17
pages 26:11
PAGE/LINE 32:2
paper 15:19
paragraph 18:2
part 15:24 16:7
particular 7:12
   8:5,6,8 17:9,22
   23:10 26:23
parties 33:16,22
   33:25
parts 15:10
party 33:17
pending 4:8
people 8:5,8
person 8:21

| | | | | |
|---|---|---|---|---|
| 23:10 33:7 | 26:19 | 21:19 | 21:5 23:22 | signed 29:24 |
| phone 26:14 | questions 5:9,11 | regarding 11:4 | 25:6 27:10,14 | single-page 26:7 |
| physically 10:25 | 7:19 13:15 | 11:12 13:13 | 27:25 29:1,20 | slow 7:20 |
| physician 30:1 | 30:9,10 | 15:4 21:14,15 | Roberts 16:18 | SLR 1:6 32:18 |
| Piatak 2:8 10:5 | quickly 7:19 | 26:16 27:11 | 16:19,25 17:11 | SMITH 2:4 |
| 30:10,22,24 | 10:6 | regards 25:22 | 18:25 19:4 | somebody 17:12 |
| 31:2 33:19 | | Registration | 25:4 | 22:18,19 24:2 |
| place 23:4 | **R** | 34:9 | Ross 1:22 2:14 | 24:5 |
| PLAINTIFF 1:4 | R 2:1 | relate 11:22 | 33:6 | sorry 19:9 22:12 |
| 1:18 2:3 | raise 15:23 | related 12:13 | RPR 1:21 33:2 | 22:16,24 26:10 |
| Plaintiff/Defen... | Ramey 1:22 2:13 | 33:22 | 34:8 | sort 4:17 |
| 34:2 | 33:6 | relating 13:2 | rule 31:13,14 | sound 18:20 |
| play 25:6 26:3 | read 10:10 25:12 | 17:21 | Rules 1:24 | speaking 13:25 |
| played 25:14 | 31:7 32:15 | relationship 6:3 | | specifically |
| 26:4,25 | really 30:15 | relative 33:24 | **S** | 11:18 18:3 |
| Plaza 2:5 | REASON 32:2 | repeat 9:2 22:25 | S 2:1 | speed 20:24 |
| please 5:4 9:13 | recall 4:22,24 | 26:19 29:15 | says 26:8 29:17 | staff 10:24 |
| 10:8 12:3 13:4 | 13:25 14:3 | rephrase 5:5 | seal 34:6 | start 5:6,9 |
| 14:7 26:8,11 | 22:17 | reported 1:21 | second 5:6 7:16 | starting 7:18 |
| point 9:5 | receipt 26:9,16 | Reporter 6:23 | 15:23,24 16:7 | state 1:21 21:13 |
| portion 10:10 | received 9:6 | 30:13 33:2 | 18:1,2 25:9 | 30:13 32:19,23 |
| position 6:21 | 14:1,17 16:11 | Reporter's 3:7 | see 11:21 12:1 | 33:1,3,7 |
| 16:19 | 17:8,21 25:10 | represent 4:7 | 17:4 18:17 | stated 1:24 |
| possible 5:7 | 25:17 26:7 | 25:8 28:7 | 20:24 24:24 | statement 30:1 |
| preparation 9:8 | 27:1,2 | request 10:21 | 27:12,15 29:2 | STATES 1:1 |
| presently 5:20 | receiving 10:16 | 16:3,6 34:3 | selected 8:19 | STD 11:25 12:16 |
| pretty 4:17 | recognize 10:11 | requested 10:10 | send 31:12 | step 29:23 |
| previously 21:2 | 14:13 17:4 | 11:22 15:25 | senior 6:22,23 | steps 29:20 |
| printed 28:8 | 20:4 21:7 | requests 14:25 | 6:24,25 7:4 | Steve 23:12 |
| probably 13:16 | 24:21 27:22 | resource 7:9 | sent 3:16 18:4 | Stipulations 3:4 |
| 30:16 | 28:8,10 | respect 7:25 | 21:15 25:18,22 | stop 7:16 |
| Procedure 1:24 | record 1:25 5:1 | 11:13 15:24 | 26:9 27:15,18 | Street 2:10 |
| proceedings | 10:8 13:21,24 | 17:21 18:1 | separate 6:5 | strike 11:8 |
| 31:18 | 14:9 17:7 | responding 8:20 | separately 11:12 | subpoena 3:11 |
| produced 1:17 | 18:11 19:25 | response 5:11 | service 22:21 | 8:20 9:1,6,10 |
| 4:19 11:7 | 30:14 33:14 | 7:19 8:21,22 | Services 34:10 | 9:20 10:15,17 |
| production 21:1 | recording 26:3 | 10:15,17 13:11 | set 33:4 34:5 | 11:16 13:14,18 |
| provide 7:5,8,21 | recordings | 14:23 15:14 | shake 5:11 | 15:24 21:3 |
| 10:17 | 26:14 27:1 | 19:3 21:3 | sheet 20:8,11,15 | subpoenas 8:22 |
| provided 10:20 | records 4:18,19 | 25:10 27:2 | 20:19,22 25:18 | subscribed |
| provisions 1:24 | 13:1 17:21,25 | responsibilities | shorthand 1:22 | 32:20 33:15 |
| Public 32:23 | 21:14 | 7:12 | 33:2 | subsequent |
| 33:15 | reduced 33:12 | responsibility | short-term 6:11 | 23:18,22 26:21 |
| purpose 29:9,14 | refer 5:25 9:17 | 8:23 | 6:14 7:25 | Subsidiaries 6:6 |
| pursuant 1:23 | 11:22 | responsible | 11:10,13 21:22 | subsidiary 6:5 |
| 33:3,16 | referenced | 8:21 | 23:5 26:16,25 | 9:21 |
| put 10:2 | 18:15 | restate 5:5 | 28:18 | sufficient 23:17 |
| p.m 25:15 26:5 | references 29:3 | review 9:7 34:3 | show 16:11 17:8 | Suite 1:23 2:14 |
| | referring 12:11 | right 4:20 5:14 | 18:16 | 33:6 34:10 |
| **Q** | 27:23 | 11:2 12:12 | showed 18:3 | supervision |
| question 5:4 8:3 | refers 12:8 30:1 | 15:7,8,12,23 | sign 30:14 | 33:13 |
| 11:8 12:7 17:7 | 30:5 | 16:2,15,22,25 | signature 3:6 | support 10:24 |
| 17:15 22:13 | reflect 5:9 21:14 | 17:11 18:1,19 | 32:1,15 | sure 5:3,6 7:17 |

10:1,1 19:10
24:19 26:20
29:16 31:8,9
**sworn** 1:18 4:2
32:20 33:8,14
**system** 3:14
12:18,19,24
20:23
**SYSTEMS** 1:7

---

**T**

**Tadlock** 1:20
34:8
**take** 9:24 15:19
**taken** 1:18 10:9
33:23
**talked** 9:10 17:2
**tape** 27:1
**Taxable** 34:13
**team** 8:13
**technical** 7:5,7
7:10
**technician** 16:16
16:17 19:5
23:17
**technicians** 19:6
19:16
**tell** 7:3 10:16
12:23 15:2
16:25 17:2
18:23
**ten** 22:3,6,7
**terminology**
13:13
**terms** 6:14 7:5
**testified** 4:2
26:21
**testify** 33:9
**testimony** 5:2
33:14
**Texas** 1:21,23
2:15 32:19
33:1,3,7 34:8
34:11
**text** 15:20
**Thank** 26:12
30:12
**Thanks** 25:22
**things** 5:1
**think** 6:17 13:12
13:15 22:6
30:16,19,22,25
**third** 29:23

**Thomas** 2:8
33:19
**three** 18:15
29:20
**till** 31:2
**time** 4:13 9:5,11
33:17
**times** 4:12
**title** 16:20 29:17
**titled** 3:19
**today** 25:22
**told** 21:13
**touching** 33:10
**transcript** 3:17
3:18 5:7,8 25:8
26:3 27:11
30:17 31:7
34:4
**trial** 30:17,18
**true** 32:15 33:13
**truth** 33:9,9,9
**try** 7:19
**trying** 9:4 18:23
23:1
**Tuesday** 26:5
**turn** 11:16,18
18:5
**two** 10:5 25:10
27:1,1
**Typically** 31:6

---

**U**

**uh-huh** 9:19
10:20 11:17,24
12:2,5,20 13:9
15:11 20:17
22:8 23:3
28:14 29:12
31:17
**unable** 19:3
**understand** 5:3
8:3 16:2,5
**understanding**
12:16,17 13:1
23:17
**unit** 22:21,21,22
22:23 23:7
**UNITED** 1:1
**upper** 28:10
**use** 5:8
**usually** 30:17
**U.S** 4:8

---

**V**

**V** 2:4
**various** 14:24
**verbal** 14:23
**verbally** 5:10
12:3
**verified** 4:17
18:25
**verify** 16:15
**verus** 31:14
**voice** 3:17,18
27:1
**Volume** 1:15
**VS** 1:5

---

**W**

**want** 7:20 10:7
24:15 30:13
31:10
**wanting** 25:18
**way** 21:21
**web-site** 3:19
28:8,17,20
29:13
**went** 12:23
15:20 17:2
18:25
**we'll** 9:17 25:9
31:15
**we're** 13:10
**we've** 25:3 26:23
**When's** 30:18
**whereof** 34:5
**Williams** 3:17
24:3 25:16
**Wilmington** 2:6
**wit** 33:8
**witness** 1:17
2:12 6:24
11:20 18:8
30:17 31:8,11
31:17 32:20
33:14,15 34:5
**work** 7:24 8:5
**write** 24:16
**writing** 33:13

---

**Y**

**yeah** 8:4 9:3,22
18:10 23:1,9
24:12,17 31:3
31:11
**year** 4:15
**Yep** 19:22 28:5

**yesterday** 26:7

---

**0**

**00:00** 33:19,20
**00:38** 33:18
**004** 11:19
**05-477** 1:6 32:18
**085** 18:6,15
**087** 18:16

---

**1**

**1** 1:15 3:11 9:14
9:16 10:12
11:3,8,21
**1-800-325-7016**
18:17
**1-800-352-0611**
26:12
**1-800-352-8553**
26:10
**1-800-377-4286**
18:17,20 19:1
23:14
**1-800-642-8553**
26:10 27:15
29:7
**10:10** 10:9
**10:14** 13:23
**10:15** 13:23
**10:16** 14:11
**10:22** 18:13
**10:25** 20:2
**10:41** 1:20 31:18
**12/31/2006** 34:9
**12:07** 25:15
**1284** 26:12
**14** 3:12
**1445** 1:22 2:14
33:6
**16th** 34:6
**1700** 34:10
**19** 3:14,15
**1900** 2:10
**1983** 5:19
**19899** 2:6
**1991** 5:24
**1997** 7:2
**1998** 8:24

---

**2**

**2** 3:3,12 14:8,13
**2:17** 26:5
**20** 31:14
**2004** 12:1,14

16:13
**2006** 1:14,20
14:1,18 23:19
32:21 33:5
34:6
**21st** 16:13
**214** 34:11
**214-922-7100**
2:15
**216-861-7148**
2:11
**24** 3:16
**25** 3:17,18
**257-1436** 34:11
**28** 3:19
**28th** 14:1,17
18:15
**286** 34:9

---

**3**

**3** 3:13 19:20,21
20:4
**3rd** 21:18 23:18
23:23 25:15
**3/28/06** 3:12
**30** 3:4 31:4,14
**302-652-8400**
2:6
**32** 3:6
**3200** 2:9
**325-7016** 16:13
17:6 21:15
**33** 3:7
**3600** 1:23 2:14
33:6
**377-4286** 25:2
27:8

---

**4**

**4** 1:14 3:5,15
19:23,24 21:5
**4th** 1:19 26:5
33:5
**4/2/06** 3:13
**4/3/06** 3:15,16
**44114-3485** 2:10
**4750** 34:10

---

**5**

**5** 3:16 24:9,17,21
27:20

---

**6**

**6** 3:17 25:7,11

---

**Esquire Deposition Services**
**(215) 988-9191**

**6226** 34:8
**64** 29:7

---
**7**
---
**7** 3:18 25:25 26:2
   27:11 29:4
**75201** 34:11
**75202** 2:15

---
**8**
---
**8** 3:19 28:3,4,7
   29:2,13,15
**800** 2:5 16:13
   21:15 27:6
**800-377-4286**
   3:16 23:19
   26:15 27:2,4
**800-642-8553**
   29:25

---
**9**
---
**9** 3:11
**9th** 2:10
**9:51** 1:20 33:5
**9:59** 10:9
**952-1087** 25:21
**972** 25:21