**Affidavit of Laurence V. Cronin**                    **Exhibit HH**

**Gracie Gunther**
Senior Claim Manager

**CIGNA Group Insurance**
Life · Accident · Disability

March 22, 2006

Routing  D212
12225 Greenville Ave.
Suite 1000
Dallas, TX 75243
Telephone  800-352-0611, Ext. 7170
Facsimile  860-731-3238
gracie.gunther@cigna.com

ESQUIRE DEPOSITION SERVICES
1700 PACIFIC AVE
SUITE 4750
DALLAS, TX 75201

RE:   Claimant            :    Hestal Lipscomb
      Policy Keys         :    SHD 985005
      Account Name        :    EDS
      Administered by      :    Life Insurance Company of North America

To Whom It May Concern:

Enclosed are the documents requested in your subpoena dated March 17, 2006.  Should you have any questions, please feel free to contact me.

Sincerely,

Gracie Gunther

RECEIVED
MAR 2 4 2006

EXHIBIT NO. 1

LINA-001

"CIGNA" and "CIGNA Group Insurance" are registered service marks and refer to various operating subsidiaries of CIGNA Corporation.  Products and services are provided by these subsidiaries and not by CIGNA Corporation.  These subsidiaries

AO 88 (Rev. 11/91) Subpoena in a Civil Case

# United States District Court

**NORTHERN** ———————— DISTRICT OF ———— **TEXAS**

| | |
|---|---|
| HESTAL LIPSCOMB,<br>                    Plaintiff,<br><br>v.<br><br>ELECTRONIC DATA SYSTEMS<br>CORPORATION,<br>                    Defendant. | **SUBPOENA DUCES TECUM**<br><br><br>CASE NUMBER: 05-477 SLR |

**TO:**   Life Insurance Company of North America
          12225 Greenville Avenue
          Suite 1000
          Dallas, TX 75243
          ATTN: Gracie Gunther

☐ **YOU ARE COMMANDED** to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | **DATE AND TIME** |

**X  YOU ARE COMMANDED** to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| | |
|---|---|
| Esquire Deposition Services<br>1700 Pacific Avenue, Suite 4750<br>Dallas, TX 75201 | DATE AND TIME<br>Monday, April 3, 2006 at 10:00 a.m.* |

**X  YOU ARE COMMANDED** to produce and permit inspection and copying of the following documents at the place, date, and time specified below (list documents): **All documents identified on the attached Exhibit A.** *Attendance at the deposition will be waived if the deponent produces the requested documents on or before April 3, 2006.*

| PLACE | |
|---|---|
| Esquire Deposition Services<br>1700 Pacific Avenue, Suite 4750<br>Dallas, TX 75201 | DATE AND TIME<br>Monday, April 3, 2006 at 10:00 a.m. |

☐ **YOU ARE COMMANDED** to permit inspection of the following premises at the date and time specified below.

| PREMISES | |
|---|---|
| | DATE AND TIME |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF) | DATE |
|---|---|
| *[signature]*<br>Attorney for Plaintiff | March 17, 2006 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Laurence V. Cronin (ID No. 2385), Smith, Katzenstein & Furlow LLP, 800 Delaware Avenue, P.O. Box 410, Wilmington, DE 19899 (302) 652-8400

(See Rule 45, Federal Rules of Civil Procedure, Parts C&D on Reverse)

## PROOF OF SERVICE

| SERVED | DATE | PLACE |
|---|---|---|
| | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| | |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the law of the State of Delaware that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____

DATE

SIGNATURE OF SERVER

_____

ADDRESS OF SERVER

**Rule 45, Federal Rules of Civil Procedure, Parts C & D:**

*(c) Protection of Persons Subject to Subpoenas.*

(1)    A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The Court shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the Court. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)(A) On timely motion, the Court shall quash or modify the subpoena if it
(i)       fails to allow reasonable time for compliance,
(ii)      requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of

this rule, such a person may in order to attend trial be commanded to travel from any such place within the State in which the trial is held, or
(iii)     requires disclosure of privileged or other protected matter and no exception or waiver applies, or
(iv)     subjects a person to undue burden.
(B) If a subpoena
(i)       requires disclosure of a trade secret or other confidential research, development, or commercial information, or
(ii)      requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
(iii)     requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the Court may order appearance or production only upon specified conditions.

*(d) Duties in Responding to Subpoena.*

(1)     A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2)     When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

LINA-003

## EXHIBIT A

## DEFINITIONS

The term "document(s)" set forth in this request refers to all writings of any kind, including the originals and all nonidentical copies, whether different from the original by reason of any notation made on such copies or otherwise, including without limitation, correspondence; memoranda; notes; diaries; statistics; letters; materials; orders; directives; interviews; telegrams; minutes; reports; studies; statements; transcripts; summaries; pamphlets; books; interoffice and intraoffice communications; notations of any sort of conversations, telephone calls, meetings or other communications; bulletins; printed matter; teletype; telefax; worksheets; and all drafts, alterations, modifications, changed and amendments of any of the foregoing; graphic or aural recordings or representations of any kind including without limitation, photographs, charts, graphs, microfiche, microfilm, videotape, records, motion pictures; and electronic, mechanical, or electrical recordings or representations of any kind, including without limitation, tapes, cassettes, cartridges, discs, chips, electronic mail and records.

"STD" refers to short term disability.

"FMLA" refers to Family and Medical Leave Act.

"EDS" refers to Electronic Data Systems Corporation.

## DOCUMENTS REQUESTED

1.      All documents that refer or relate to Hestal Lipscomb's attempts to obtain either STD benefits or FMLA leave in 2004 while employed by EDS.

2.      All documents that identify or disclose information about documents received by facsimile number 800-325-1016 on June 21, 2004. This request includes, but is not limited to, any

10012182.WPD

logs, activity reports, confirmations, computer printouts or other means of recording information about the documents received by facsimile at that number.

LINA-005

**Rudeen, Kimberlee (Kim)    212**

| | |
|---|---|
| **From:** | Rudeen, Kimberlee (Kim)    212 |
| **Sent:** | Wednesday, June 02, 2004 11:53 AM |
| **To:** | 'tracey.eaddy@eds.com' |
| **Subject:** | Hestal Lipscomb |



ERISAdenialtoHR.d
oc (32 KB)

LINA-006

**Kim Rudeen, FLMI, ACS**
Sr. Case Manager
Dallas Claims Service Center

**CIGNA** Group Insurance
Life · Accident · Disability

June 2, 2004

Routing  212
12225 Greenville Ave
Ste 1000
Dallas, Texas 75243
Telephone  800.352.0611 ext.
6508
Facsimile  860.731.3511
Kim.rudeen@cigna.com

**Electronic Data Systems**
Tracey Eaddy

Re:         Claimant:        Hestal Lipscomb
            Employee ID:     01071260
            Policy #:        SHD  985005
            Employer:        Electronic Data systems
            Administered By:  Life Insurance Company of North America

Dear Tracey,

We have completed our review of the above Short Term Disability claim and regretfully, benefits have been denied. It was our determination that Hestal failed to provide medical information to support her time off work.

Hestal has been provided a detailed explanation of the denial, including appeal rights. Hestal must submit her request for appeal within 15 days of the date of this letter.

If either you or your employee has any questions, please contact me at 1.800.352.0611 ext. 6508. My normal office hours are 8:30am to 5:00pm Central Standard Time.

Sincerely,

Kim Rudeen, FLMI, ACS
Sr. Case Manager

LINA-007

CIGNA Group Insurance products and services are provided exclusively by underwriting subsidiaries of CIGNA Corporation, including Life Insurance Company of

```
********************
***   TX REPORT   ***
********************

TRANSMISSION OK

TX/RX NO            0898
CONNECTION TEL                 99726053343
CONNECTION ID
ST. TIME           06/20 09:23
USAGE T            01'57
PGS. SENT          4
RESULT             OK
```

1222 Greenville Avenue Ste 1000
Dallas, TX 75243
Phone: 1.800.352.6593
Fax: 1.850.731.3511

**Cigna Disability Management**

# Fax

| **To:** | Symphuel Anderson | **From:** | Kim Rudeen |
|---|---|---|---|
| **Fax:** | 972.605.3343 | **Date:** | June 20, 2005 |
| **Phone:** | N/A | **Pages:** | 4 including cover sheet |
| **Re:** | Hestal Lipscomb | **Attn:** | |

☑ **Urgent** ☐ For Review    ☐ Please Comment    ☑ Please Reply    ☐ Please Recycle

•**Comments:**

Hello-

As per your request, these letters are being faxed to you.

Kim Rudeen

LINA-008

12225 Greenville Avenue Ste 1000
Dallas, TX 75243
Phone: 1.800.352.6593
Fax: 1.860.731.3511

**Cigna Disability
Management**



| | | | |
|---|---|---|---|
| **To:** | Symphuel Anderson | **From:** | Kim Rudeen |
| **Fax:** | 972.605.3343 | **Date:** | June 20, 2005 |
| **Phone:** | N/A | **Pages:** | 4 including cover sheet |
| **Re:** | Hestal Lipscomb | **Attn:** | |

☒ **Urgent**  ☐ **For Review**    ☐ **Please Comment**    ☒ **Please Reply**    ☐ **Please Recycle**

•**Comments:**

Hello-

As per your request, these letters are being faxed to you.


Kim Rudeen

**Kim Rudeen, FLMI, ACS**
Sr. Case Manager
Dallas Claims Service Center

**CIGNA** Group Insurance
Life · Accident · Disability

June 2, 2004

**HESTAL LIPSCOMB**
**3111 W 2ND STREET**
**1ST FLOOR**
**WILMINGTON DE  19805**

Routing  212
12225 Greenville Ave., Ste.1000
Dallas, Tx 75243
Telephone  1.800.352.0611 ext.
6508
Facsimile  860.731.3511
Kim.rudeen@Cigna.com

Re:  Claimant:            Hestal Lipscomb
     Employee ID:         01071260
     Policy Number:       SHD 985005
     Employer:            Electronic Data Systems
     Administered by:     Life Insurance Company of North America

Dear Ms. Lipscomb,

This letter is in reference to your claim for Short-Term Disability benefits.  The following information previously requested from you/your doctor has not been received to date:

✓  Confirmation of the surgical procedure you underwent
✓  medical information from Dr. Kraut to support your time off work
✓  your signed authorization to release medical information and proof of loss form

Under the EDS Short-Term Disability Plan, your medical provider must provide documentation and any related necessary information that validates your medical inability to work, within 15 days of when your claim is reported, except where prohibited by law.

We have attempted to contact you by phone on 5/27/04 and 6/1/04, without response.  On 5/27/04 we requested that Dr. Kraut provide us with the medical information regarding your treatment and reason for being off work.  As of this writing we have not received any medical information to support your time of work, nor have we received your signed authorization to allow your doctor to respond to our request for information.  Without medical information to support your time off work we are unable to consider any benefits payable on your claim and we must deny your request for benefits.

If you feel that this determination is incorrect, we will review any evidence you may wish to submit which will support your claim.  If the information warrants, we may alter our determination.

You may request a review of this denial by writing to the attention of the representative signing this letter at:

**Life Insurance Company of North America**
**12225 Greenville Ave.**
**Suite 1000**
**Dallas, TX 75243**

The written request for review must be sent within 15 days of the date of this letter and state the reasons why you feel your claim should not have been denied.  Please include any medical evidence, which

LINA-010

supports your continuing disability. Medical evidence includes, but is not limited to physician's office notes, hospital records, consultation reports, test result reports, therapy notes, physical and/or mental limitations (i.e. Functional Capacities Testing), treatment history including a list of prescribed drugs along with their dosages, frequency and response, etc. Please be advised that you are entitled to access of relevant documents, records, and other information that was used to make this determination. This information will be supplied upon your request.

Under normal circumstances, you will be notified in writing of the final decision within 45 days of the date your request is received. If there are special circumstances requiring delay, you will be notified of the reason for delay within 45 days of the date your request is received. A final decision will be made no later than 90 days after your request is received.

Your leader will discuss with you any reimbursement to EDS for disability benefits that were over paid to you as a result of the denial or closure of your claim.

This letter should not be construed as a waiver of any rights or defense under the plan. This determination has been made in good faith and without prejudice under the terms and conditions of the plan, whether or not specifically mentioned herein. Should you have any information, which would prove contrary to our findings, please feel free to submit it to us. We will be pleased to review any supportive information you wish to submit.

Although your STD claim has been denied, you may be eligible for leave under the Family Medical Leave Act (FMLA). If eligible, you will receive information under separate cover from CIGNA Leave Solutions. If you have questions regarding your FMLA eligibility, please contact CIGNA Leave Solutions at (800) 778-8458.

Should you have any questions, please feel free to contact me at 1.800.352.0611 ext. 6508. My normal office hours are Monday through Friday, 8:30 to 5:00, Central Standard Time.

Thank you,


Kim Rudeen, FLMI, ACS
Sr. Case Manager

LINA-011

**Charlene Crowder**
Case Manager
Dallas Claims Service Center

**CIGNA** Group Insurance
Life · Accident · Disability

May 4, 2004

LIPSCOMB, HESTAL
3111 WEST 2ND STREET
1ST FLOOR
WILMINGTON, DE 19805

Routing  212
12225 Greenville Ave
Ste 1000
Dallas, Texas 75243
Telephone  800.352.0611 ext. 5686
Facsimile  860.731.3511
Charlene.Crowder@cigna.com

Re:   Claimant:          LIPSCOMB, HESTAL
      Employee ID:       01071260
      Policy Number:     SHD 985005
      Employer:          Electronic Data Systems
      Administered by:   Life Insurance Company of North America

Dear Ms. Lipscomb

We acknowledge receipt of your claim for Short Term Disability (STD) benefits.  We will do everything we can to ensure your satisfaction and to make this process as simple as possible during this time.

In order to make a determination about short-term disability benefits, we must obtain medical information to verify your diagnosis and current functional abilities, and your current treatment plan.  We are requesting information from Dr. Johnathan Kraut.  In the event that we are unable to obtain this medical information, it is your responsibility to provide us with the required information.  Please contact your physicians and ask that they cooperate with us and respond to our requests as soon as possible.  If we do not receive the information needed by 05/19/2004, we will make a decision based on the information in our file.

To expedite the processing of your claim, please sign and fax the enclosed Disclosure Authorization and EDS Reimbursement Agreement to us as soon as possible at 860 731 3511.  We may be unable to obtain medical information relevant to your claim without a signed Disclosure Authorization form.  If we cannot get this information, we cannot make a determination on your claim and any potential benefit payments may be delayed or denied. We also ask that you review and sign the enclosed claim form (if any information is missing or incorrect, please change it on the form) and return it to us at the address listed above.

Please be aware that if you are employed in California, New Jersey, or Rhode Island, you are entitled to and are expected to apply for State Disability Benefits directly with the state.  We will assume that you are receiving disability benefits under the state program unless you provide us with proof that your claim under the state plan has been denied because you are not eligible for benefits.  We will appropriately reduce any benefit payable under the EDS Short-term disability plan by the calculated state disability entitlement.  For information regarding how to file for disability benefits under the CA, NJ or RI state disability plan, please see the EDS benefits website.

If you are employed in Hawaii or New York, you do not need to file for benefits under the state disability plan.  CIGNA Group Insurance will handle claims under the state plans for employees working in Hawaii and New York, and will coordinate any payments under the state plan with any benefits payable under the EDS STD plan.

🖉 Task \     👓 Contents \     📇 Notes (0/0) \

## 📋 Task: Phone Contact

**Start Date:** | 05/27/2004 |

**Due Date:** | 05/28/ |

🌐 **Details**

**REDACTED**

| Name | HESTAL LIPSCOMB | | DOB | 0 |
| **Account Name** | ELECTRONIC DATA SYSTEMS | **Account #** | SHD0985005 | **Incurred Date** | 0 |
| **Claim Manager** | Charlene Crowder | **Incident #** | 1191446 | **Claim Eff Dt-Status** | 0 P |

| Type* | Outgoing | Date | | | |
| First Name | tracey | | 05/27/2004 03:27 PM | User ID | Sha |
| Role | Employer | Last Name | | eaddy | |
| Call Reason* | Employer Inquiry | Specify Other | | supervisor | |
| Call Summary* | | Action Taken | | Issue Resolved | |

05/27/2004 1522 CST tct Supervisor Tracey Eaddy  302.454.7622, asked for JD an
requirements mail room clerk, opens mail, sorts, metering of mail, delivers ma
usually envelopes. sedentary to light duty. States that they can accommodate t
work arrangements if necessary. NCM to fu after medical obtained. Sharon Reeve

| Last Changed User | Sharon Reeves | Last Changed Date | 05/28/2004 09 |

🗐 **Active Contents**

| | Type | Due Date | Created By | Assigned To | | Name |
| 〰️ | STD | 04/29/2004 | | Charlene Crowder | LIPSCOMB,HESTAL | **REDACTED** |

| Status: | Completed | Assigned To: | Sharon Reeves | | Creat |

LINA-013

**Task** | **Contents** | **Notes (0/0)**

## Task: Provider Contact

**Start Date:** 05/27/2004                              **Due Date:**

**Details**

### REDACTED

| | | | | |
|---|---|---|---|---|
| **Name** | HESTAL LIPSCOMB | | DOB | 0 |
| **Account Name** | ELECTRONIC DATA SYSTEMS | **Account #** | SHD0985005 | **Incurred Date** | 0 |
| **Claim Manager** | Charlene Crowder | **Incident #** | 1191446 | **Claim Eff Dt-Status** | 0 P |

Contact - Interview Documentation - Obj. Findings - Treatment - Functionality - Re

### Contact Information

| | | | | | |
|---|---|---|---|---|---|
| ☒ First Phone Call | Result | Left Message - Answering Machine | Date | 05/27/2004 03:12 PM | User | Sha |
| ☒ Second Phone Call | Result | | Date | | User | |
| ☒ Generate Letter/Fax | | | Date | | User | |
| ☒ Burden of Proof Letter Sent | | | Date | | User | |
| ☒ Incoming Call | | | Date | | User | |
| ☒ Mail Received | | | Date | | User | |

Contact Comments:

```
05/27/2004 1511 CST tct Dr. Johnathan Kraut  surgical dept 302.428.6496 lvmm
regarding dx, type of surgery, tx plan and rtw status. NCM to fu w/i 48 worki
sharon Reeves RN
```

### Interview Documentation

| | | | |
|---|---|---|---|
| Provider First Name | JOHNATHAN | Provider Last Name | KRAUT | Provider Spe |
| Contact First Name | | Contact Last Name | | Contact Role |
| Primary ICD Code | | Primary ICD Description | |

Comments

Secondary ICD Code | | Secondary ICD Description |

Comments

ICD Code 3 | | ICD Code 3 Description |

Comments

ICD Code 4 | | ICD Code 4 Description |

LINA-014

Comments

ICD Code 5
Comments                    ICD Code 5 Description

## Objective Findings

☒ Physical Exam Findings
☒ Test Results
☒ Provider Observations
Comments

## Treatment Information

| Medication (1) | | Dosage (1) | | Frequency (1) | |
| Medication (2) | | Dosage (2) | | Frequency (2) | |
| Medication (3) | | Dosage (3) | | Frequency (3) | |
| Medication (4) | | Dosage (4) | | Frequency (4) | |
| Medication (5) | | Dosage (5) | | Frequency (5) | |

Current Treatment Plan

Treatment Frequency

Future Treatment Plan

☒ Copy to Med/Voc Folder    Date of Surgery              Type of Surgery
☒ Copy to Med/Voc Folder    Date of Surgery              Type of Surgery
☒ Copy to Med/Voc Folder    Date of Surgery              Type of Surgery
Comments

Last Office Visit
Next Office Visit

## Functionality Job/Occ Requirements and RTW

Claimant Job/Occ Requirements and Expected Duration

Additional Information

Provider's
Estimated
RTW Date

☒ Copy to Claim File

**Referral Information**

| First Name | | Last Name | |
| Specialty | | Provider Referral Date | |
| Number | | Ext. | |
| Remarks | | | |

| First Name | | Last Name | |
| Specialty | | Provider Referral Date | |
| Number | | Ext. | |
| Remarks | | | |

| First Name | | Last Name | |
| Specialty | | Provider Referral Date | |
| Number | | Ext. | |
| Remarks | | | |

Last Changed User            Sharon Reeves        Last Changed Date        06/02/20

🐟 Active Contents

| Type | Due Date | Created By | Assigned To | | Name |
|------|----------|------------|-------------|---|------|
| STD | 04/29/2004 | | Charlene Crowder | LIPSCOMB,HESTAL | **REDACTED** |

Status: Completed        Assigned To: Sharon Reeves

🗒 **Task** ⟩    ✍ **Contents** ⟩    📋 **Notes (0/0)** ⟩

## 📋 Task: Claimant Contact

**Start Date:**    05/03/2004        **Due Date:**    05/

🐌 **Details**

### REDACTED

| | | | | | |
|---|---|---|---|---|---|
| **Name** | HESTAL LIPSCOMB | | | DOB | 0 |
| **Account Name** | ELECTRONIC DATA SYSTEMS | **Account #** | SHD0985005 | **Incurred Date** | 0 |
| **Claim Manager** | Charlene Crowder | **Incident #** | 1191446 | **Claim Eff Dt-Status** | 0 / P |

Contact Information - Interview Documentation - Spouse Information

### Contact Information

☒ First Phone Call

| Result | Left Message - Answering Machine | Date | 05/27/2004 03:09 PM | User ID | Sha |

☒ Second Phone Call

| Result | Left Message - Answering Machine | Date | 06/01/2004 11:17 AM | User ID | Sha |

🔳 Generate Letter/Fax    Date    User ID

🔳 Incoming Call    Date    User ID

🔳 Mail Received    Date    User ID

Contact Comments

```
05/27/2004 1509 CST tct ee  302.655.8973 lvmm for cb.  NCM to fu w/i 48 workin
Sharon Reeves RN

06/01/2004 1117 CST tct ee  above no. lvmm for cb. If no response w/i 24 worki
have CM send contact letter. Sharon Reeves RN

06/02/2004 No response from ee will have CM send contact letter to obtain medi
Reeves RN
```

### Interview Documentation

Primary Diagnosis/Symptoms/Co-Morbid Conditions

Treating Physicians/Treatment Frequency/Current Treatment Plan/Hospitalization

Functionality/Job Duties/Set Expectations

### Spouse Information

| | | | | |
|---|---|---|---|---|
| First Name | | MI | | Last Name |
| SSN | | Date of Birth | | |
| Is Spouse Employed? | | If Employed | | |
| Date of Birth of Youngest Dependent | | | | |

Other Income Benefits

Comments

| Last Changed User | Sharon Reeves | Last Changed Date | 06/02/2004 |

**Active Contents**

| Type | Due Date | Created By | Assigned To | Name |
|------|----------|-----------|-------------|------|
| STD | 04/29/2004 | | Charlene Crowder    LIPSCOMB,HESTAL | REDACTED |

| Status: | Completed | Assigned To: | Sharon Reeves | Cr... |

LINA-018

Acenza: Task

📋 **Task**    ⚙ **Contents**    📑 **Notes (0/1)**

# 📋 Task: Intake

**Start Date:**    04/20/2004    **Due Date:**

🖨 **Details**

| | | | |
|---|---|---|---|
| **Requestor Name** | TRACEY EADDY | **Phone** | (302)454-7622 |
| **Employee Name** | HESTAL LIPSCOMB | **Phone** | (302)655-8973 |
| **Account Name** | ELECTRONIC DATA SYSTEMS (EDS) | **Claim Type** | STD |

Requestor Information – Employee Information – Employer Information
Supervisor Information – Condition Information – Medical Information – Information f

**Requestor Information**

| | |
|---|---|
| Format | ☒ After Hours ☒ E-Mail ☒ Fax ☐ Mail ☒ Telephonic ☑ Web |
| Received Date | 04/30/2004 |
| Role | Employer |
| First Name | TRACEY |
| Last Name | EADDY |
| Phone Number | Type  Other Phone    Number  (302) 454-7622 |

**Employee Information**

**REDACTED**

| | |
|---|---|
| Employee ID Number | MZ8S22 |
| Date of Birth | **REDACTED**    Age  40 |
| Prefix Name | |
| First Name | HESTAL |
| Middle Initial | |
| Last Name | LIPSCOMB |
| Suffix Name | |
| Home Address | Added |
| Address Line 1 | 3111 W. 2ND STREET |
| Address Line 2 | 1ST FLOOR |
| Zip Code | 19805 |
| City | WILMINGTON |
| State/Province | DELAWARE |
| Country | United States |

| | Type | Number |
|---|---|---|
| Phone Number 1 | Home | (302) 655-8973 |
| Phone Number 2 | Work | (302) 454-7622 |
| Phone Number 3 | | |
| Phone Number 4 | | |

| | |
|---|---|
| E-Mail Address | |
| Gender | ☒ Female ☐ Male |

LINA-019

Marital Status

☒ Married  ☐ Partner  ☒ Single  ☐ Unknown  ☐ Unreported  ☐ Wido

Preferred Language

English

## Employer Information

Account Name

ELECTRONIC DATA SYSTEMS (EDS)

☒ WC/FROI Indicator
☒ FMLA Indicator

Work Location       Fed OK

Address Line 1      248 CHATMAN RD.

Address Line 2      STE 100

Zip Code            19702

City                NEWARK

State / Province    DELAWARE

Country             United States

## Supervisor Information

First Name          TRACEY

Last Name           EADDY

Phone Number        (302) 454-7622       Ext.

E-Mail Address      TRACEY.EADDY@EDS.COM

Description of Job Duties
☒ Typing/Computer Work
☒ Sitting
☐ Standing
☐ Walking
☐ Supervise/Manage
☐ Stooping
☐ Crawling
☐ Operating Heavy Equipment
☐ Writing(manual)

☐ Repetitive Motion
☐ Phone
☐ Bending
☐ Driving
☐ Climbing
☐ Pushing
☐ Carrying
☐ Lifting
☐ Other

Occupation Category             05 - Office and Clerical

Job Title                       MAIL ROOM CLERK

Date of Hire                    07/29/2002

Last Day Worked                 04/28/2004

First Day Missed From Work**    04/29/2004

Expected Time Out of Work

Expected RTW Date

Other Employment?               No

Applied for or Receiving
Other Benefits?                 No

## Condition Information

Condition                       ☒ Illness  ☐ Injury  ☐ Pregnancy
Diagnosis or Description of Medical Condition:

GRANDULURE TUMOR

Is Condition Related to Work Activities?    No

Claim Type    STD

### Illness/Injury Information

Date Accident Happened or Symptoms first Appeared    03/01/2004

Past/Recurrent Condition?    Yes

Other Medical Conditions:

Did Condition Result in Death?

Time of Injury

Body Section

Side

Body Part

Nature of Injury

Cause of Incident

Place of Illness/Injury    ☐ Auto  ☐ Home  ☒ Other

State Accident Occured In

Describe What Happened:

Place Description

Address Line 1

Address Line 2

City

State/Province

Country    United States

### Witness Information

Were There Witnesses?

### Medical Information

Hospital or Clinic?    No

### Surgery Information

Surgery Scheduled or Performed?    Yes

Date of Surgery    04/29/2004

Type of Surgery

### Provider Information

First Name    JOHNATHAN

Last Name    KRAUT

Address Line 1    501 W. 14TH ST.

Address Line 2

Zip Code    19801

City

LINA-021

| | |
|---|---|
| State / Province | WILMINGTON |
| | DELAWARE |
| Country | United States |
| Phone Number | (302) 428-6496 |
| E-mail Address | Ext. |
| Provider Specialty | |
| Date of First Treatment | |
| Date of Most Recent Treatment | 04/07/2004 |
| Date of Next Scheduled Treatment | |

| | | |
|---|---|---|
| Date Unable to Work | | |
| According to Provider | | |
| Primary ICD Code | | Description |
| Secondary ICD Code | | Description |
| ICD Code 3 | | Description |
| ICD Code 4 | | Description |
| ICD Code 5 | | Description |

## Information from Employer

Employment Status      Active Employee

**Job Characteristics**

| | | |
|---|---|---|
| ☒ Exempt | or | ☒ Non-Exempt |
| ☒ Full-Time | or | ☒ Part-Time |
| ☒ Management | or | ☒ Non-Management |
| ☒ Supervisory | or | ☒ Non-Supervisory |
| ☒ Union | or | ☒ Non-Union |
| ☒ Salary | or | ☒ Hourly |

| | |
|---|---|
| Eligible for Overtime? | Yes |
| Receive Commissions | No |
| ☒ Eligible for Bonus? | |

## Work Shift Information

| | |
|---|---|
| Shift Schedule | ☒ Standard  ☒ Days Vary  ☒ Times Vary |
| Work Week | ☒ Su  ☒ M  ☒ Tu  ☒ W  ☒ Th  ☒ F  ☒ Sa |
| Start Time | 8 : 00 AM |
| End Time | 5 : 00 PM |
| Total Hours Worked Per Week | 40 |
| Details | |
| Date of Last Change in Earnings | 04/01/2004 |
| Compensation Amount/Frequency | $20,000.16    Annually |
| | Annual Salary: 20000.16 -- Monthly: 1666.68 -- Weekly: 384.62 |

Did employee receive a pay increase at last review?

In the past 12 months, has the employee been out of work more than 5 consecutive days,

excluding holidays and vacation?

In the past 12 months, has the employee received any of the following?
☒ Attendance Warnings
☒ Performance Warnings
☒ Conduct Warnings                                                ☒ Other

Hours Worked Last Day                                                          | 8
First Day Missed From Work (ER)**                                             | 04/2
Has Employee Returned to Work                                                | No

### Insurance Information

| | |
|---|---|
| Healthcare Insurance Provider | Aetna |
| Life Insurance with Cigna? | |
| STD Effective Date | |
| STD Contribution | |
| Did the Employee purchase a Buy-Up Coverage for STD? | |
| Employer-Calculated Blended Contribution | 0.00 % |

☒ Requested Job Description From Employer

Incident Number                    | 1191446

Comments:

Early Notice ID                    | 000000000
CHC Eligibility Source             |
CHC Data Source                    |
CHC Medical Product Type           |
CIGNA Behavioral Type              |
CHC Well Aware                     | Unknown

Last Changed User     | Timothy Wilson        Last Changed Date     | 04/3

### Active Contents

| Type | Due Date | Created By | Assigned To | Nan |
|---|---|---|---|---|
| STD | 04/29/2004 | Charlene Crowder | LIPSCOMB,HESTAL | **REDACTED** |

Status: | Completed        Assigned To: | Timothy Wilson

LINA-024

P. 1

*  *  *  COMh..I    ION RESULT REPORT ( MAY. 7. 20..  1  54AM )  *  *  *

FAX HEADER:  CIGNA DALLAS

TRANSMITTED/STORED : MAY. 7. 2004 10:53AM
FILE MODE        OPTION                 ADDRESS                      RESULT      PAGE
-----------------------------------------------------------------------------------
  MEMORY TX                             913024286403--47687         OK          1/1

REASON FOR ERROR
E=3) HANG UP OR LINE FAIL                    E=2) BUSY
E=3) NO ANSWER                               E=4) NO FACSIMILE CONNECTION

## *Facsimile Transmission Cover Sheet*

**CIGNA Group Insurance**
*Life · Accident · Disability*

| Transmit to FAX number 302-428-6403 | Date 05/07/04 | Time (including this sheet) : | Total number of pages 1 |
|---|---|---|---|

| To | From |
|---|---|

**Name**
Dr. Emily Jane Penman

**Company**

**Phone**
302-428-4413

**Address**

**Name**
Charlene Crowder

**Department**
Fax: 1.800.325.7016

**Phone**
(800) 352-0611, ext. 5686

**Address**
D212
12225 Greenville Ave
Suite 1000
Dallas, Texas 75243

## REDACTED

Patient: Hestal Lipscomb    DOB:

We are currently evaluating a Short Term Disability claim for the above named patient.  In order to make a determination on extending your patients disability benefits we need the following please:

What is the current diagnosis? What was the first date of treatment for current diagnosis?

What is the first day the doctor certified the patient disabled?    Hospitalized/ dates: _____

What are the current limitations/restrictions that prevent or prevented the patient from working?

**Please send copies of all current test results and office notes from April 2004 through the present.**

What are the current treatment plan goals and when do you anticipate a full time return to work?

What is next office visit?

Please list medications and test to be done.

Thank you for your cooperation in this matter.  Should you have any other further questions, please do not hesitate to contact me.  To expedite the processing of the claim, we ask that you respond to our request via facsimile 1.800.325.7016.

Sincerely,
Charlene Crowder
Case Manager

CONFIDENTIALITY NOTICE: If you have received this facsimile in error, please immediately notify the sender by telephone at the number above. The documents accompanying this facsimile transmission contains confidential information.
Individual(s) or entity named above. Thank you for your compliance.  This information is intended only for the use of the

CIGNA Group Insurance products and services are provided exclusively by underwriting subsidiaries of CIGNA Corporation, including Life Insurance Company of North America, CIGNA Life Insurance Company of New York, and Connecticut General Life Insurance Company. "CIGNA" is used to refer to these subsidiaries and is a registered service mark.

[ ] Acknowledgment Requested

To Fax a reply, dial : (800) 325.7016

LINA-025

## *Facsimile Transmission Cover Sheet*



**CIGNA** Group Insurance
Life · Accident · Disability

| Transmit to FAX number 302-428-6403 | Date 05/07/04 | Time (including this sheet) : | Total number of pages 1 |
|---|---|---|---|

| To | From |
|---|---|

| **Name** <br> **Dr. Emily Jane Penman** <br><br> **Company** <br><br><br> **Phone** <br> 302-428-4413 <br><br> **Address** | **Name** <br> Charlene Crowder <br><br> **Department** <br> Fax: 1.800.325.7016 <br><br> **Phone** <br> (800) 352-0611, ext. 5686 <br><br> **Address** <br> D212 <br> 12225 Greenville Ave <br> Suite 1000 <br> Dallas, Texas 75243 |

### REDACTED

Patient: Hestal Lipscomb     DOB:

We are currently evaluating a Short Term Disability claim for the above named patient. In order to make a determination on extending your patients disability benefits we need the following please:

What is the current diagnosis? What was the first date of treatment for current diagnosis?

What is the first day the doctor certified the patient disabled?   Hospitalized/ dates: _____

What are the current limitations/restrictions that prevent or prevented the patient from working?

**Please send copies of all current test results and office notes from April 2004 through the present.**

What are the current treatment plan goals and when do you anticipate a full time return to work?

What is next office visit?

Please list medications and test to be done.

Thank you for your cooperation in this matter. Should you have any other further questions, please do not hesitate to contact me. To expedite the processing of the claim, we ask that you respond to our request via facsimile 1.800.325.7016.

Sincerely,
Charlene Crowder
Case Manager                                                                              LINA-026

*CONFIDENTIALITY NOTICE: If you have received this facsimile in error, please immediately notify the sender by telephone at the number above. The documents accompanying this facsimile transmission contain confidential information. This information is intended only for the use of the individual(s) or entity named above. Thank you for your compliance.*

CIGNA Group Insurance products and services are provided exclusively by underwriting subsidiaries of CIGNA Corporation, including Life Insurance Company of North America, CIGNA Life Insurance Company of New York, and Connecticut General Life Insurance Company. "CIGNA" is used to refer to these subsidiaries and is a registered service mark.

[ ] Acknowledgment Requested                          To Fax a reply, dial : (800) 325.7016

# Short Term Disability
# Proof of Loss

CIGNA Group Insurance
Life • Accident • Disability
Life Insurance Company of North America
Connecticut General Life Insurance Company
CIGNA Life Insurance Company of New York


CIGNA

**FRAUD WARNING:** Any Person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or (2) conceals for the purposes of misleading, information concerning any material fact, commits a fraudulent insurance act. For residents of the following states, please see the reverse side of this form: California, Colorado, District of Columbia, Florida, Kentucky, Maryland, Minnesota, New Jersey, New York, Oregon, Pennsylvania, Tennessee, Texas, or Virginia.

## EMPLOYEE INFORMATION

Name of Employee (Last, First, Middle):
LIPSCOMB, HESTAL

Date of Birth: REDACTED

Incident #:
1191446

Sex: ☐ Male ☒ Female ☐ Unknown

Address (Street, Apt):
3111 W. 2ND STREET, 1ST FLOOR

City:
WILMINGTON

State:
DE

Zip Code:
19805

Telephone No.:
(302) 655-8973

Please describe your condition:
GRANDULURE TUMOR

*has an open incision & will go back to Dr. on Monday*

## PLEASE COMPLETE SECTIONS A, B, OR C - AND THE REMAINDER OF THE APPLICATION

**A** Is this an injury? ☐ Yes ☒ No ☐ Unknown

Date of Injury:

Time of Injury:

Is this work related? ☐ Yes ☐ No ☐ Unknown

Describe the cause of Injury:

**B** Is this an illness? ☒ Yes ☐ No ☐ Unknown

Date of Illness:
03/01/2004

Is this work related? ☐ Yes ☒ No ☐ Unknown

Describe the cause of Illness:

**C** Is this an pregnancy? ☐ Yes ☒ No ☐ Unknown

Delivery/Due Date:

Delivery Method:

Were there complications? ☐ Yes ☐ No ☐ Unknown

Describe the complications:

Are you currently losing time from work? ☐ Yes ☐ No ☐ Unknown

If yes, what specifically prevents you from working?

Last Day Worked:
04/28/2004    # hours worked: 8.00

Date first unable to work:
04/29/2004

Date you plan to return to work:

Have you had the same or similar condition in the past? ☒ Yes ☐ No ☐ Unknown

If yes, when did it occur (dates)?

Please describe:

Please list any states in which you may be liable for filing tax returns:
DE

LINA-027

Are you receiving any other income or benefits? If so, please complete the following.

| Benefit Type | Gross Weekly Amount | Date Began | Paid thru Date |
|---|---|---|---|
| | | | |
| | | | |

*Dr. Emily Jane Perman    (302) 428-1111  (302) 428-1102*

*Integrated Disability Management*
*Disclosure Authorization for Disability*
*and Workers' Compensation*

Life Insurance Company of North America
Connecticut General Life Insurance Company
CIGNA Life Insurance Company of New York
ACE American Insurance Company
ESIS, Inc.

---

**FRAUD WARNING**

**Any person who, knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or (2) conceals for the purpose of misleading, information concerning any material fact thereto, commits a fraudulent insurance act. For residents of the following states, please see the reverse side of this form:** *California, Colorado, District of Columbia, Florida, Maryland, New Jersey, New York, Pennsylvania, Oregon or Virginia.*

---

Claimant's Name (Please Print): _____

I AUTHORIZE: any doctor, physician, healer, health care practitioner, hospital, clinic, other medical facility, professional, or provider of health care, medically related facility or association, medical examiner, pharmacy, employee assistance plan, insurance company, health maintenance organization or similar entity to provide access to or to give the companies named below (Companies) or the Plan Administrator or their employees and authorized agents or authorized representatives, any medical and nonmedical information or records that they may have concerning my health condition, or health history, or regarding any advice, care or treatment provided to me. This information and/or records may include, but is not limited to: cause, treatment, diagnoses, prognoses, consultations, examinations, tests, prescriptions, or advice regarding my physical or mental condition, or other information concerning me. This may also include, but is not limited to, information concerning: mental illness, psychiatric, drug or alcohol use and any disability, and also HIV related testing, infection, illness, and AIDS (Acquired Immune Deficiency Syndrome), as well as communicable diseases and genetic testing. If my plan administrator sponsors both a disability plan underwritten or administered by Companies and a medical plan of any type written by another CIGNA company, the information and records described in this form may also be given to any CIGNA Company which administers such medical or disability benefits for the purpose of evaluating any claim that may be submitted by me or on my behalf for benefits, for evaluating return to employment opportunities, and for administering any feature described in the plan. This information may also be extracted for use in audits or for statistical purposes.

I AUTHORIZE: any financial institution, accountant, tax preparer, insurance company or reinsurer, consumer reporting agency, insurance support organization, Claimant's agent, employer, group policyholder, business associate, benefit plan administrator, family members, friends, neighbors or associates, governmental agency including the Social Security Administration or any other organization or person having knowledge of me to give the Companies or the Plan Administrator or their employees and authorized agents, or authorized representatives, any information or records that they have concerning me, my occupation, my activities, employee/employment records, earnings or finances, applications for insurance coverage, prior claim files and claim history, work history and work related activities.

I UNDERSTAND: the information obtained will be included as part of the proof of claim and will be used to determine eligibility for disability and/or workers' compensation benefits, any amounts payable, return to employment opportunities, and to administer any other feature described in the plan with respect to the Claimant. This authorization shall remain valid and apply to all records, information and events that occur over the duration of the claim, but not to exceed 24 months. A photocopy of this form is as valid as the original and I or my authorized representative may request one. I or my representative may revoke this authorization at any time as it applies to future disclosures by writing the Companies. The information obtained will not be disclosed to anyone EXCEPT: a) reinsuring companies; b) the Medical Information Bureau, Inc., which operates Health Claim Index (HCI); c) fraud or overinsurance detection bureaus; d) anyone performing business, medical or legal functions with respect to the claim or the plan, including any entity providing assistance to the Companies under its Social Security Assistance Program and employers involved in return to employment discussions; e) for audit or statistical purposes; f) as may be required or permitted by law; g) as I may further authorize. A valid authorization or court order for information does not waive other privacy rights.

If my medical information contains information regarding drug or alcohol abuse, I understand that my records may be protected under federal (42 CFR Part 2) and some state laws. To the extent permitted under law, I can ask the party that disclosed information to the Companies to permit me to inspect and copy the information it disclosed. I understand that I can refuse to sign this disclosure authorization; however, if I do so, Companies may deny my claim for benefits pursuant to the plan. The use and further disclosure of information disclosed hereunder may not be subject to the Health Insurance Portability and Accountability Act (HIPAA).

Signature of Claimant or
Claimant's Authorized Representative: _____ Date: _____

Relationship,
if other than Claimant: _____ Claimant's Social Security Number: _____

Companies:   Life Insurance Company of North America
             Connecticut General Life Insurance Company
             CIGNA Life Insurance Company of New York
             ACE American Insurance Company
             ESIS, Inc.

LINA-028

619135   (1/2004)

# CIGNA Group Insurance Disability Management Solutions



## Frequently Asked Questions
## For Claimants

### Intake Questions

**What happens after I file my claim?**

After you file your claim, your case manager may contact you by phone to discuss the claim process, or in some cases, contact you by letter. If your disability absence is planned for the future, you will receive a "future claim letter" acknowledging your anticipated disability and asking you to contact us on your last day of work before your disability begins. You will be asked to sign a release of information for your doctor (which you can download from our website www.CIGNA.com), so we can obtain your medical reports.

Your employer will be contacted for eligibility information and a description of your job requirements to help us determine if you are eligible for benefits and how long your absence may be. Our goal is to help you return to a productive work environment and to assist you in the process.

**Who contacts my doctor? Do I need to call my doctor?**

Depending on the type of disability claim, we may need medical information from your doctor. If so, you should contact your doctor's office and ask them to send us your medical information. During the first three to five business days after we receive your claim, your case manager will also attempt to reach your doctor to obtain medical information.

**What will I receive in the mail from CIGNA Group Insurance, and when?**

You should receive an acknowledgement packet with a copy of your claim form, a release of information and this FAQ in a week to ten (10) days. To expedite your claim, CIGNA Group Insurance asks that you make any corrections to your claim form and return it along with the signed release of information form, to your case manager. If you do not receive your claim form in 10 days, you should contact your case manager to obtain another copy.

**How long will it take to make a decision about my claim?**

Once we get the necessary information from your employer and your doctor, we will reach a decision on your claim as soon as possible, generally within 10 days for short-term disabilities and 25 days for long-term disabilities.

**What will delay a decision on my claim?**

A delay in receiving any of the following can delay our decision and consequently delay payment to you:

- Verification of your eligibility for benefits from your employer;

- A signed authorization to release information from you; or

- Medical information from your doctor

"CIGNA" and "CIGNA Group Insurance" are registered service marks and refer to various operating subsidiaries of CIGNA Corporation. Products and services are provided by these subsidiaries and not by CIGNA Corporation. These subsidiaries include Life Insurance Company of North America, CIGNA Life Insurance Company of New York, and Connecticut General Life Insurance Company.

# CIGNA Group Insurance Disability Management Solutions



**CIGNA**

## Frequently Asked Questions
## For Claimants

### Payment Questions

**How much money will I get paid? How often will I get paid?**

This is different for every employer's benefit plan. Disability benefits may be a percentage of your weekly or monthly income, or a set amount. Your case manager or Human Resources representative can tell you what benefits you are entitled to receive, and when your benefits start. Depending on your employer's benefit policy your checks may be issued on a weekly, bi-weekly, or monthly basis. Checks are generally issued at the end of each payment period.

For example, if your benefits are due to begin on July 15 and are paid on a weekly basis, you should receive your first check for the period of July 15 through July 21 on or around July 21. If your benefits are paid on a monthly basis, you should expect your first check for the period of July 15 through August 14 on or around August 14. Benefits will be issued in a similar manner for the duration of your claim. You can also check your employee benefits booklet or summary plan description to confirm your specific benefit amount, as well as any other income that would reduce your benefit amount.

**How long will my benefits last?**

It depends on your employer's benefit plan, on continuing evidence that your condition prohibits you from being able to work, and on evidence that you remain entitled to benefits. If your claim is approved, and if CIGNA Group Insurance issues your benefits, the approval letter will address the amount and duration of your benefits. If your employer issues your benefits, you'll be advised of the approval duration in the letter, however, you should also contact your local human resources department for the amount of your benefits.

**Can I have direct deposit?**

Direct deposit is available for fully insured long-term disability benefits as long as your bank has the capability to participate in direct deposit programs. It is not available for short-term disability benefits, or if your employer's long-term disability plan is administrative services only. If you wish to have your benefits directly deposited into your checking or savings account, you can contact your case manager and make this request. Once we receive your request, it may take 4 to 6 weeks to activate direct deposit. A form will be mailed to you for you to complete, and return to our office. Once received, your benefit payment method will be updated. If your employer issues benefits to you directly, then you would need to contact your local Human Resources representative for this option. In some cases, we may not be able to accommodate your request (i.e., if you are to return to work in a few days, this option may not be feasible).

**Is my benefit taxable?**

Your benefit or a portion of it may be taxable. If your employer pays the premiums for your disability benefits it may be taxable to you. If you pay the premiums on a post-tax basis it may not be taxed. If you and your employer share the cost of the premiums, the portion of the premium that is paid on a pre-tax basis may be taxable to you. Contact your Human Resources department and your tax advisor for more information about the tax effects of your specific benefit plan.

"CIGNA" and "CIGNA Group Insurance" are registered service marks and refer to various operating subsidiaries of CIGNA Corporation. Products and services are provided by these subsidiaries and not by CIGNA Corporation. These subsidiaries include Life Insurance Company of North America, CIGNA Life Insurance Company of New York, and Connecticut General Life Insurance Company.

# Agreement to Reimburse Overpayment of Disability Benefits

EDS employees applying for Disability Benefits through CIGNA are required to sign the *Agreement to Reimburse Overpayment of Disability Benefits* below ("Agreement").

---

**Failure to sign and return the Agreement to CIGNA within 15 days of the date on the enclosed letter will result in the *immediate denial* of all short-term disability (STD) benefits.**

---

*I agree to reimburse EDS for any overpayment of disability income benefits I receive under the EDS Short-Term Disability Policy ("STD Policy"). I agree that, among other circumstances, an overpayment will arise to the extent I received benefits from the STD Policy that are: (1) either later determined to be payable to me under a Workers' Compensation law, an Occupational Disease law, Social Security laws, another similar law; or (2) paid pending the determination of a claim for STD Policy benefits which is ultimately denied. I authorize EDS to deduct any overpayment from my wages or any other benefits or payments that I may be eligible to receive, to the extent permissible by law.*

*I understand that EDS is relying on my statements and agreements herein as a condition of providing me with benefits under the STD Policy. I further understand that failure to reimburse EDS for overpayment of STD Policy benefits may result in disciplinary action, up to and including termination of my employment.*

*My signature below indicates my acceptance of the terms of this Agreement.*

_____

**Employee's printed name (first, middle, last)**

_____

**Social Security Number**

_____

**Employee's signature**

_____

**Date**

Sign and return by mail or fax within 15 days of the date on the enclosed letter

CIGNA Group Insurance
EDS Short-Term Disability Team
Routing 212
12225 Greenville Ave.
Suite 1000
Dallas, TX 75243
Fax: 860-731-3511

Cigenza: Search

 File

# File: Eligibility

File Information -
Employee Information -
Policy/Coverage Information -
Enrollment Information - AR -
Enrollment Information - FMLA -
Enrollment Information - LTD -
Enrollment Information - STD -
Coverage Election Information - AR -
Coverage Election Information - FMLA -
Coverage Election Information - LTD -
Coverage Election Information - STD -

**Eligibility Information**

**File Information**

| | |
|---|---|
| Company Name: | ELECTRONIC DATA SYSTEMS (EDS) |
| File Date: | 05/04/2004 |
| File User ID: | GWU10017 |

**Employee Information**

| | |
|---|---|
| Employee: | HESTAL LIPSCOMB |
| Address Type: | HOME ADDRESS |
| Address Line 1: | 3111 W. 2ND STREET |
| Address Line 2: | 1ST FLOOR |
| City/State/Zip/Zip-Ext: | WILMINGTON, DE 19805 |
| Address Type: | WORK ADDRESS |
| Address Line 1: | 5400 LEGACY DRIVE |
| Address Line 2: | |
| City/State/Zip/Zip-Ext: | PLANO, TX 75024 3105 |
| Client Location Code: | EDS01 |
| CIGNA Location ID: | 0000024765 |
| CIGNA Work Structure ID: | 0000005197 |
| Home Phone: | REDACTED |
| Work Phone: | |
| Employee#: | 01071260 |
| Date of Birth: | REDACTED |
| Gender: | FEMALE |
| Language: | ENGLISH |
| Marital Status: | SINGLE |
| Tax Filing State: | DE |
| Date of Death: | |
| Handicap Indicator: | N |
| Employee ID Type: | SSN |
| Salary Mode: | ANNUAL |
| Earnings Mode Code: | ANNUAL |
| Earnings Amount: | $21,000.24 |
| Work at Home Ind: | N |
| Steward Ind: | N |
| Union Indicator: | N |

LINA-032

Account Number:
SRO ID:
    Div/Suffix:
SRO Cov Eff Date:          01/01/1901

Enrollment Information - STD
Product:          STD
Coverage Code:          STD
Enrollment Effective Date:          01/01/2004
Enrollment Cancel Date:
Employee Paid Thru Date:
Account Number:
SRO ID:
SRO Div/Suffix:
SRO Cov Eff Date:          01/01/1901

Coverage Election Information - AR
Product:          AR
Coverage Code:          WCB
Benefit Description:          AR (ABILITY RETURNS)
Provision Eff Date:          01/01/1901
Elected Benefit %:          0
Elected Benefit Count:          1
Elected Benefit Amount:          0
Contribution %:          0
Elected Effective Date:          01/01/2004
Elected End Date:
    Tax Indicator:          N
SML Coverage Code:

Coverage Election Information - FMLA
Product:          FMLA
Coverage Code:          FMLA
Benefit Description:          FMLA-DISABILITY
Provision Eff Date:          01/01/1901
Elected Benefit %:          0
Elected Benefit Count:          1
Elected Benefit Amount:          0
Contribution %:          0
Elected Effective Date:          01/01/2004
Elected End Date:
Post Tax Indicator:          N
SRO/SML Coverage Code:

Coverage Election Information - LTD
Product:          LTD
Coverage Code:          LTD
Benefit Description:          LTD CORE
Provision Eff Date:          01/01/1901
Elected Benefit %:          7
Elected Benefit Count:          1
Elected Benefit Amount:          0
Contribution %:          0
Elected Effective Date:          01/01/2004
Elected End Date:

LINA-033

enza: Task

**Task**    **Contents**    **Notes (0/1)**

## Task: Intake

**Start Date:**              04/20/2004

**Details**                              **Due Date:**              05/03/2004

| | | | | |
|---|---|---|---|---|
| **Requestor Name** | TRACEY EADDY | | **Phone** | (302)454-7622 | **Incident #** |
| **Employee Name** | HESTAL LIPSCOMB | | **Phone** | (302)655-8973 | |
| **Account Name** | ELECTRONIC DATA SYSTEMS (EDS) | | **Claim Type** | STD | **SS#** |

Requestor Information – Employee Information – Employer Information
Supervisor Information – Condition Information – Medical Information – Information from Employer

### Requestor Information

| | |
|---|---|
| Format | ☐ After Hours  ☐ E-Mail ☐ Fax  ☐ Mail ☒ Telephonic ☒ Web |
| Received Date | 04/30/2004 |
| Role | Employer |
| First Name | TRACEY |
| Last Name | EADDY |
| Phone Number | Type Other Phone        Number (302) 454-7622    Ext. |

### Employee Information

| | |
|---|---|
| SSN | S - Social Security Number    **REDACTED** |
| Employee ID Number | MZ8S22 |
| Date of Birth | **REDACTED**    Age 40 |
| Prefix Name | |
| First Name | HESTAL |
| Middle Initial | |
| Last Name | LIPSCOMB |
| Suffix Name | |
| Home Address | Added |
| Address Line 1 | 3111 W. 2ND STREET |
| Address Line 2 | 1ST FLOOR |
| Zip Code | 19805 |
| City | WILMINGTON |
| State/Province | DELAWARE |
| Country | United States |

| | Type | Number | Ext. |
|---|---|---|---|
| Phone Number 1 | Home | (302) 655-8973 | |
| Phone Number 2 | Work | (302) 454-7622 | |
| Phone Number 3 | | | |
| Phone Number 4 | | | |

E-Mail Address

Gender    ☒ Female ☒ Male

TASK/TASKOTCTASK INTAKEDisplay.asp?id=442262

| | |
|---|---|
| Is Condition Related to Work Activities? | No |
| Claim Type | STD |

## Illness/Injury Information

| | |
|---|---|
| Date Accident Happened or Symptoms first Appeared | 03/01/2004 |
| Past/Recurrent Condition? | Yes |
| Other Medical Conditions: | |
| Did Condition Result in Death? | |
| Time of Injury | |
| Body Section | |
| Side | |
| Body Part | |
| Nature of Injury | |
| Cause of Incident | |
| Place of Illness/Injury | ■ Auto  ■ Home  ■ Other |
| State Accident Occured In | |
| Describe What Happened: | |
| Place Description | |
| Address Line 1 | |
| Address Line 2 | |
| City | |
| State/Province | |
| Country | United States |

## Witness Information

| | |
|---|---|
| Were There Witnesses? | |

## Medical Information

| | |
|---|---|
| Hospital or Clinic? | No |

## Surgery Information

| | |
|---|---|
| Surgery Scheduled or Performed? | Yes |
| Date of Surgery | 04/29/2004 |
| Type of Surgery | |

## Provider Information

| | |
|---|---|
| First Name | JOHNATHAN |
| Last Name | KRAUT |
| Address Line 1 | 501 W. 14TH ST. |
| Address Line 2 | |
| Zip Code | 19801 |
| City | |

LINA-035

excluding holidays and vacation?

In the past 12 months, has the employee received any of the following?
- ■ Attendance Warnings
- ■ Performance Warnings
- ■ Conduct Warnings

            ■ Other

| | |
|---|---|
| Hours Worked Last Day | 8 |
| First Day Missed From Work (ER)** | 04/29/2004 |
| Has Employee Returned to Work | No |

### Insurance Information

| | |
|---|---|
| Healthcare Insurance Provider | Aetna |
| Life Insurance with Cigna? | |
| STD Effective Date | |
| STD Contribution | |
| Did the Employee purchase a Buy-Up Coverage for STD? | |
| Employer-Calculated Blended Contribution | 0.00 % |

■ Requested Job Description From Employer

| | |
|---|---|
| Incident Number | 1191446 |

Comments:

| | |
|---|---|
| Early Notice ID | 000000000 |
| CHC Eligibility Source | |
| CHC Data Source | |
| CHC Medical Product Type | |
| CIGNA Behavioral Type | |
| CHC Well Aware | Unknown |

| | | |
|---|---|---|
| Last Changed User | Timothy Wilson | |
| | Last Changed Date | 04/30/2004 08:26 Al |

### ● Active Contents

| Type | Due Date | Created By | Assigned To | Name |
|---|---|---|---|---|
| ✱ STD | 04/29/2004 | Charlene Crowder | LIPSCOMB,HESTAL | REDACTED |

| | | |
|---|---|---|
| tus: Completed | Assigned To: Timothy Wilson | |

Created