AFFIDAVIT OF
HESTAL LIPSCOMB

EXHIBIT A

**CHRISTIANA CARE**
HEALTH SERVICES

☐ Christiana Hospital        ☒ Wilmington Hospital
4755 Ogletown-Stanton Rd.    501 W. 14th Street
Newark, DE 19718             Wilmington, DE 19801

Phone...(302) 733-1900

Date: 4/9/03

℞ # _____

Med. Allergies: _____

Circle Refills Limit 1 yr

NAME: LIPSCOMB    HESTAL
ADDRESS: REDACTED
MRN:
B.D.:

ONE RX PER BLANK

1
2  Please excuse Ms. Hestal Lipscomb
3  from work 4/4/03, and after this
4  so that she can undergo surgery.
5  pt may return to work 4/14

NO REFILLS FOR SCHEDULE II DRUGS
AW2401507 -
AT2887175 - GS0100    Benjamin Eskra, M.D.
Resident DEA ... - (SUFFIX)

DISPENSE AS WRITTEN

[signature]

SUBSTITUTION PERMITTED
(SIGNATURE)

EDS II 00034

**AFFIDAVIT OF**
**HESTAL LIPSCOMB**

**EXHIBIT B**

To whom it may concern: 04/19/04

Ms. Hestal Lipscomb has been scheduled for outpatient surgery on 4/29/04 at Wilmington hospital. Please contact Surgical Services @ 428-4413 if any question.

Chief Surgical Resident

Jonathan Kraut, MD

**Surgical**

HL-082

**AFFIDAVIT OF
HESTAL LIPSCOMB**

**EXHIBIT C**



**CHRISTIANA CARE**
HEALTH SERVICES

Wilmington Hospital Health Center

Date __5/10/04__

__Lipscomb, Hestral__ was seen in

at the Wilmington Hospital, __Dupont Clinic__

services on _____

May return to School/Work on __5/17/04__

Remarks: __May Return to work__
__on above day__

Any questions, please call 428-__4413__

16177 P (39371)(0898)

EDS II 00033

**AFFIDAVIT OF
HESTAL LIPSCOMB**

**EXHIBIT D**

PLEASE COMPLETE & FAX TO

AT (302) 761-6636

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

**DELAWARE DEPARTMENT OF LABOR**
KEEPING DELAWARE FIRST

DIVISION OF UNEMPLOYMENT INSURANCE

## CLAIMANT'S AUTHORIZATION FOR RELEASE OF INFORMATION/ DOCTOR'S CERTIFICATE

**REDACTED**

Claimant's Name: Hestal Lipscomb
Claimant Signature: Hestal Lipscomb          Social Security #: _____

TO THE PHYSICIAN: The claimant's (your patient's) signature on this document authorizes you to respond in writing to the following questions thus constituting a waiver, by the claimant, for this purpose only of the physician-patient privilege. Please be advised that the information requested on this certificate will be used to determine your patient's entitlement to unemployment insurance benefits. Accordingly, it is essential that the information provided on this document be as complete and accurate as possible. Since benefits cannot be paid without this documentation, your timely response is appreciated to avoid delayed payments to your patient. If mailing this form directly to our office would be more expeditious, our mailing address and fax number is listed on the reverse side of this certificate.

1. Patient's Name: Hestal Lipscomb  has been under my care from 4/7/04 to 5/10/04

2. Nature of ailment: **REDACTED**

If prenatal/postnatal care, expected date of childbirth: N/A   actual date of childbirth: _____

3. Was patient advised to quit last job for reasons of health?  ☐ Yes  ☒ No
If "Yes", give suggested last date of work: _____

4. If answer to question 3 is "No", was patient advised to be absent from last job due to health?  ☒ Yes  ☐ No
If "Yes", give suggested dates of absence: 4/29/04 - 5/17/04

5. Is the patient totally disabled from performing the duties required in his/her current occupation?  ☐ Yes  ☒ No
If "Yes", date of disability: from _____ to _____

6. If patient cannot perform regular duties, have/will you permit performance of any other work on a full-time basis?
☒ Yes  ☐ No
If "Yes", specify type of work, together with work limitation, if any: No limitation

If "Yes", specify date patient was/will be able to perform these duties: 5/18/04

7. Comments: _____

CERTIFICATION: As a duly authorized practitioner of medicine, I have issued this certificate with full knowledge that it will be used by the Department of Labor to make a determination of eligibility for unemployment insurance benefits under the provisions of Title 19, of the Delaware Code. I certify that the information provided by me is a true representation of the patient's medical condition as it relates to his past employment and/or current state of health.

Physician's Name: Medhi Jadali, MD
(please type or print)

Physician's Signature: Mehdi Jadali

Date: 8/12/04

Physician's Address: Wilmington Hospital Health Center
Medical Clinic 501 W. 14th ST.
Wilmington, DE 19899

Office Phone #: (302) 428-4413          Office Fax #: 428-6403

HL-089

UC-500B
Doc No 60 06 01 04 05 01

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of July 2006, I caused a copy of the foregoing AFFIDAVIT OF HESTAL LIPSCOMB to be served on the following counsel of record via hand delivery:

>Alyssa M. Schwartz, Esquire
>Richards, Layton & Finger, P.A.
>920 King Street, P.O. Box 551
>Wilmington, DE 19899-0551

>/s/ Laurence V. Cronin
>Laurence V. Cronin (ID No. 2385)

10015492.WPD