**AFFIDAVIT OF
VICTORIA K. MILLER**

**EXHIBIT A**



Attorneys at Law

The Corporate Plaza
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, Delaware 19899
(Courier 19801)
Phone (302) 652-8400
Fax (302) 652-8405
www.skfdelaware.com

April 3, 2006

Craig B. Smith

Robert J. Katzenstein

David A. Jenkins

Laurence V. Cronin

Michele C. Gott

Kathleen M. Miller

Joelle E. Polesky

Roger D. Anderson

Robert K. Beste

Etta R. Wolfe

*VIA FACSIMILE 800-377-4286*

To Whom It May Concern:

Please contact me upon receipt of this fax.

Very truly yours,

Laurence V. Cronin

LVC/vkm

EXHIBIT NO. 5

**AFFIDAVIT OF**
**VICTORIA K. MILLER**

**EXHIBIT B**

.

```
*******************
***   TX REPORT   ***
*******************

TRANSMISSION OK

TX/RX NO            3878
CONNECTION TEL            918003774286
SUBADDRESS
CONNECTION ID
ST. TIME           04/03 12:41
USAGE T            00'36
PGS. SENT            1
RESULT             OK
```



**Smith**
**Katzenstein**
**Furlow** LLP

*Attorneys at Law*

The Corporate Plaza
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, Delaware 19899
(Courier 19801)
Phone (302) 652-8400
Fax (302) 652-8405
www.skfdelaware.com

April 3, 2006

.g B. Smith

Robert J. Katzenstein

David A. Jenkins

Laurence V. Cronin

Michele C. Gott

Kathleen M. Miller

Joelle E. Polesky

Roger D. Anderson

Robert K. Beste

Etta R. Wolfe

*VIA FACSIMILE 800-377-4286*

To Whom It May Concern:

Please contact me upon receipt of this fax.

Very truly yours,

Laurence V. Cronin

LVC/vkm

**AFFIDAVIT OF
VICTORIA K. MILLER**

**EXHIBIT C**

04/03/2006 12:12 pm

Hi Larry, this is Elizabeth Williams calling from Cigna Group Disability and I received a fax that
you sent but I only got the cover sheet. I was wanting to know what the name of the claimant was
or what it was you were faxing over to us. If you can give me a call here I would appreciate it. My
number here is 972-952-1087. And again this in regards to a fax you sent us earlier today.

EXHIBIT NO. 6

**AFFIDAVIT OF
VICTORIA K. MILLER**

**EXHIBIT D**

04/04/06

Hi, this is Janice Cook with Cigna Insurance. We received a single page fax from you yesterday approximately 1:00. It just says "To whom it may concern, please contact me upon receipt of this fax." The fax number you sent it to was 1-800-352-8553. I'm sorry, 1-800-642-8553. I don't know if there is any additional pages. Please contact me. My number is 1-800-352-0611, ext. 1284. Thank you.

EXHIBIT NO. 2