IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HESTAL LIPSCOMB, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-477-SLR |
| | ) |
| ELECTRONIC DATA SYSTEMS | ) |
| CORPORATION, | ) JURY TRIAL DEMANDED |
| | ) |
| Defendant. | ) |

## STIPULATION AND ORDER TO EXTEND TIME

The parties stipulate and agree, subject to the Court's approval, that the time within which defendant must file its reply brief to Hestal Lipscomb's answering brief to Electronic Data Systems Corporation's Motion for Summary Judgment, is extended through and including July 18, 2006.

/s/ Laurence V. Cronin
Laurence V. Cronin (#2385)
lcronin@skfdelaware.com
Smith Katzenstein & Furlow LLP
800 Delaware Avenue
P. O. Box 410
Wilmington, DE 19899

Attorneys for Plaintiff
Hestal Lipscomb

Richard G. Elliott, Jr. (#687)
elliott@rlf.com
Alyssa M. Schwartz (#4351)
schwartz@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Telephone: (302) 651-7700

Attorneys for Defendant
Electronic Data Systems Corporation

SO ORDERED this _____ day of July, 2006,

_____
United States District Judge