# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

ALYSSA M. SCHWARTZ

DIRECT DIAL NUMBER
302-651-7756
SCHWARTZ@RLF.COM

July 21, 2006

**BY ELECTRONIC FILING**

The Honorable Sue L. Robinson
United States District Court for
 the District of Delaware
844 King Street
Wilmington, Delaware 19801

> Re: Lipscomb v. Electronic Data Systems Corporation
> C.A. No. 05-477-SLR

Dear Chief Judge Robinson:

This letter serves to inform the Court that briefing is now completed on defendant Electronic Data Systems Corporation's ("EDS") motion for summary judgment in the above-captioned matter. EDS does not believe oral argument will be necessary. However, if Your Honor believes that it would be helpful to hold oral argument, counsel remains available at the Court's convenience.

Respectfully,

Alyssa M. Schwartz (#4351)

KEF:kef
cc: Clerk of the Court (by electronic filing)
   Laurence V. Cronin, Esquire (by electronic filing and facsimile)

RLF1-3039989-1