IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HESTAL LIPSCOMB, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 05-477-SLR |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ELECTRONIC DATA SYSTEMS | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION *IN LIMINE* TO EXCLUDE EVIDENCE REGARDING A
LETTER AND EVIDENCE REGARDING A TAPE RECORDING
<u>MADE BY PLAINTIFF'S COUNSEL</u>**

Defendant Electronic Data Systems Corporation ("EDS") respectfully moves for an order

*in limine* to exclude all evidence, testimony and direct or indirect references by plaintiff Hestal

Lipscomb, plaintiff's counsel and any witnesses regarding a letter plaintiff's counsel sent to fax

number 1-800-377-4286 and the purported responses to that letter, which were recorded in

plaintiff's counsel's voicemail.

The reasons supporting this motion are more fully set forth in EDS's Memorandum in

Support of its Motion *in Limine*, which is filed contemporaneous herewith and is incorporated by

reference.  Pursuant to District of Delaware Local Rule 7.1.1, counsel for EDS discussed the

filing of this motion with plaintiff's counsel prior to its filing.  Plaintiff's counsel does not

consent to the relief sought herein.

Of Counsel:
Thomas J. Piatak
Roger G. Trim
Baker & Hostetler LLP
3200 National City Center
1900 East Ninth Street
Cleveland, OH 44114-3485
Telephone: (216) 621-0200

Richard G. Elliott, Jr. (#687)
elliott@rlf.com
Alyssa M. Schwartz (#4351)
schwartz@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King St., P.O. Box 551
Wilmington, DE 19899-0551
Telephone: (302) 651-7700

Attorneys for Defendant
Dated: November 14, 2006                Electronic Data Systems Corporation

2

CERTIFICATION PURSUANT TO
<u>DISTRICT OF DELAWARE LOCAL RULE 7.1.1</u>

Counsel for defendant Electronic Data Systems Corporation consulted with counsel for the plaintiff pursuant to District of Delaware Local Rule 7.1.1 and determined that plaintiff does not consent to the relief sought in the attached motion.

Alyssa M. Schwartz (#4351)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HESTAL LIPSCOMB, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 05-477-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| ELECTRONIC DATA SYSTEMS | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## [PROPOSED] ORDER

After considering defendant Electronic Data Systems Corporation's ("EDS") Motion *in Limine* to Exclude Evidence Regarding a Letter and Evidence Regarding a Tape Recording Made by Plaintiff's Counsel (the "Motion"), and all briefing and any argument thereon, and good cause having been shown for the relief sought in the Motion,

**IT IS HEREBY ORDERED this**_____ **day of** _____**, 2006 that the Motion is GRANTED** and all evidence, testimony and direct or indirect references by plaintiff Hestal Lipscomb, plaintiff's counsel and any witnesses regarding a letter plaintiff's counsel sent to fax number 1-800-377-4286 and the purported responses to that letter, which were recorded in plaintiff's counsel's voice mail, and

_____
JUDGE SUE R. ROBINSON