

**Smith Katzenstein Furlow** LLP
*Attorneys at Law*

The Corporate Plaza
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, Delaware 19899
(Courier 19801)
Phone (302) 652-8400
Fax (302) 652-8405
www.skfdelaware.com

November 22, 2006

*By e-Filing & Hand Delivery*

The Honorable Sue L. Robinson
United States District Court
844 King Street
Wilmington, DE 19801

Re: *Lipscomb v. Electronic Data Systems Corporation*
C.A. No. 05-477 SLR

Dear Judge Robinson:

We represent the plaintiff in the above referenced matter. Enclosed are courtesy copies of Plaintiff's Proposed Jury Instructions and Joint Jury Instructions filed this afternoon, and a CD containing both sets of instructions in WordPerfect format. If Your Honor has any questions, counsel are available at the convenience of the Court.

Respectfully,

Laurence V. Cronin (ID No. 2385)

LVC/vkm

Enclosure

cc: Clerk of Court (via e-filing with enclosure)
Alyssa M. Schwartz, Esquire (via e-filing with enclosure)

10019983.WPD