IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HESTAL LIPSCOMB, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-477-SLR |
| | ) |
| ELECTRONIC DATA SYSTEMS CORPORATION, | ) |
| | ) |
| Defendant. | ) |

ORDER

At Wilmington this 28th day of November, 2006, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that defendant's motion for summary judgment (D.I. 34) is granted. The Clerk of Court is directed to enter judgment in favor of defendant and against plaintiff.

_____
United States District Judge