IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HESTAL LIPSCOMB, | ) |
|       Plaintiff, | ) |
| v. | ) Civ. No. 05-477-SLR |
| ELECTRONIC DATA SYSTEMS CORPORATION, | ) |
|       Defendant. | ) |

**JUDGMENT IN A CIVIL CASE**

For reasons stated in the court's memorandum opinion and order of November 28, 2006;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of defendant Electronic Data Systems Corporation and against plaintiff Hestal Lipscomb.

                                                        _____
                                                        United States District Judge

Dated: November 30, 2006

                                                        _____
                                                         (By) Deputy Clerk