IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HESTAL LIPSCOMB, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 05-477-SLR |
| ) | |
| v. ) | |
| ) | |
| ELECTRONIC DATA SYSTEMS ) | |
| CORPORATION, ) | |
| ) | |
| Defendant. ) | |

**WITHDRAWAL OF APPEARANCE OF ALYSSA M. SCHWARTZ/**
**SUBSTITUTION OF JENNIFER C. JAUFFRET**

**PLEASE TAKE NOTICE** that Jennifer C. Jauffret is substituted for Alyssa M. Schwartz of Richards, Layton & Finger, as counsel for Electronic Data Systems Corporation in the above-captioned matter. Richard G. Elliott, Jr. and Richards, Layton & Finger continue to represent Electronic Data Systems Corporation in this matter.

Of Counsel:
Thomas J. Piatak
Roger G. Trim
Baker & Hostetler LLP
3200 National City Center
1900 East Ninth Street
Cleveland, OH 44114-3485
Telephone: (216) 621-0200

_____
Richard G. Elliott, Jr. (#687)
elliott@rlf.com
Jennifer C. Jauffret (#3689)
jauffret@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Telephone: (302) 651-7700

Attorneys for Defendant
Electronic Data Systems Corporation

Dated: December 14, 2006

RLF1-3089002-1

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

### BY HAND DELIVERY

Laurence V. Cronin
Smith Katzenstein & Furlow
The Corporate Plaza
800 Delaware Avenue
P. O. Box 410
Wilmington, Delaware 19899

_____
Jennifer C. Jauffret (#3689)
Jauffret@rlf.com