IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HESTAL LIPSCOMB, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-477 SLR |
| | ) | |
| ELECTRONIC DATA SYSTEMS | ) | JURY TRIAL DEMANDED |
| CORPORATION, | ) | |
| a Delaware Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEAL

NOTICE is hereby given that Hestal Lipscomb, plaintiff in the above-referenced action appeals to the United States Court of Appeals for the Third Circuit from the Order entered on November 28, 2006, by the Honorable Sue L. Robinson granting Electronic Data Systems Corporation's Motion for Summary Judgment [D.I. 53].

The parties to the Order appealed from and the names and addresses of their respective attorneys are as follows:

*Plaintiff Hestal Lipscomb*

Laurence V. Cronin (ID No. 2385)
Etta R. Wolfe (ID No. 4164)
SMITH, KATZENSTEIN & FURLOW LLP
800 Delaware Ave., 10th Floor
P.O. Box 410
Wilmington, DE 19899

*Defendant Electronic Data Systems Corporation*

Thomas J. Piatak
Roger G. Trim
BAKER & HOSTETLER LLP
3200 National City Center
1900 East Ninth Street
Cleveland, OH 44114-3485

04297|NOA|10020136.WPD

and

Richard G. Elliott, Jr. (ID No. 687)
Jennifer C. Bebko Jauffret (ID No. 4351)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

Dated: December 18, 2006

_____
Laurence V. Cronin (ID No. 2385)
Etta R. Wolfe (ID No. 4164)
SMITH, KATZENSTEIN & FURLOW LLP
800 Delaware Ave., 10th Floor
P.O. Box 410
Wilmington, DE 19899
Phone: 302-652-8400
Fax: 302-652-8405
LVC@skfdelaware.com
ERW@skfdelaware.com

Attorneys for Plaintiff