# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

HESTAL LIPSCOMB,                    )
                                   )
            Plaintiff,             )
                                   )
     v.                            )   Civ. No. 05-477-SLR
                                   )
ELECTRONIC DATA SYSTEMS            )
CORPORATION,                       )
                                   )
            Defendant.             )

### JUDGMENT IN A CIVIL CASE

For reasons stated in the court's memorandum opinion
and order of November 28, 2006;

IT IS ORDERED AND ADJUDGED that judgment be and is
hereby entered in favor of defendant Electronic Data Systems
Corporation and against plaintiff Hestal Lipscomb.

                                    _____
                                    United States District Judge

Dated: November 30, 2006

                                    _____
                                    (By) Deputy Clerk