# EXHIBIT B

**Wilcox & Fetzer, LTD.**
*Registered Professional Reporters*
1330 King Street
Wilmington, DE 19801
(302) 655-0477  Fax: 655-0497
FTID# 51-0318885

Alyssa Schwartz, Esquire
Richards, Layton & Finger
One Rodney Square
9th Floor  (2nd floor for delivery)
Wilmington, DE  19801

April 21, 2006

Invoice# 20061499

Balance:    $280.92

Re: Lipscomb v. Electronic Data Systems Corp
    05-477-SLR
    on 04/11/06 by Eleanor Schwandt

## Invoicing Information

| Charge Description | Amount |
|---|---|
| DEPOSITION OF: Hestal Lipscomb (pgs 66-127) | |
| ORIG & ONE COPY/MIN-U-SCRIPT/WORD INDEX | 232.87 |
| COURTESY COPY (to Mr Piatak, Esquire) | 19.25 |
| EXHIBITS 2 COPIES | 10.20 |
| HANDLING/POSTAGE (Mr. Piatak shipped 2 day) | 13.60 |
| HANDLING/DELIVERY | 5.00 |

PAY ONLY $261.95 IF PAID WITHIN 30 DAYS

Please Remit --->   Total Due:    $280.92

*Please make checks payable to Wilcox & Fetzer, LTD*
*Terms Net 30 Days*

**Wilcox & Fetzer, LTD.**
*Registered Professional Reporters*
1330 King Street
Wilmington, DE 19801
(302) 655-0477  Fax: 655-0497
FTID# 51-0318885

RECEIVED

MAR 1 6 2006

Robert W. Whetzel

Alyssa Schwartz, Esquire
Richards, Layton & Finger
One Rodney Square
9th Floor  (2nd floor for delivery)
Wilmington, DE 19801

March 14, 2006

Invoice# 20060883

Balance:    $319.42

Re: Lipscomb v. Electronic Data Systems Corp.
    05-477-SLR
    on 02/21/06 by Anne Adams

*Invoicing Information*

| Charge Description | Amount |
|---|---|
| DEPOSITION OF: Hestal Lipscomb (73 pgs) | |
| ORIG & ONE COPY/MIN-U-SCRIPT/WORD INDEX | 274.27 |
| EXHIBITS | 8.40 |
| COURTESY COPY (Thomas J. Piatak, Esquire) | 22.75 |
| HANDLING/POSTAGE (for Piatak, Esquire) | 9.00 |
| HANDLING/DELIVERY | 5.00 |

PAY ONLY $297.00 IF PAID WITHIN 30 DAYS

P l e a s e   R e m i t   - - - >   Total Due:    $319.42

*Please make checks payable to Wilcox & Fetzer, LTD*
*Terms Net 30 Days*

# Corbett & Wilcox

1400 N. French Street • Wilmington, DE 19801 • phone 302 571 0510 • fax 302 571 1321
15 North Street • Dover, DE 19901 • phone 302 734 3534 • fax 302 734 3552

**Invoice**

| | |
|---|---|
| Job #: | 060412RWW |
| Job Date: | 04/12/2006 |
| Order Date: | 04/12/2006 |
| DB Ref.#: | |
| Date of Loss: | / / |
| Your File #: | |
| Your Client: | |

| | |
|---|---|
| Invoice #: | 89303 |
| Inv. Date: | 04/26/2006 |
| Balance: | $632.70 |

**Bill To:**
Mr. Thomas J. Piatak
Baker, Hostetler & LLP
3200 National City Center
1900 East 9th Street
Cleveland, OH 44114

**Action:** Lipscomb
vs
Electronic Data Systems
**Action #:**
**Rep:** RWW
**Cert:**

| Item | Proceeding/Witness | Description | Quantity | Amount |
|---|---|---|---|---|
| 1 | Barbara Jackson | Copy of Proceedings | 115 | $258.75 |
| 2 | Barbara Jackson | Min-U-Script | 1 00 | $0.00 |
| 3 | Tracey Eaddy | Copy of Proceedings | 65 | $146.25 |
| 4 | Tracey Eaddy | Min-U-Script | 1 00 | $0.00 |
| 5 | Linda Jackson | Copy of Proceedings | 20 | $45.00 |
| 6 | Linda Jackson | Min-U-Script | 1 00 | $0.00 |
| 7 | Lance Rogers | Copy of Proceedings | 51 | $114.75 |
| 8 | Lance Rogers | Min-U-Script | 1 00 | $0.00 |
| 9 | | Reading & Signing | 4 00 | $60.00 |
| 10 | | Hand Delivery | 1 00 | $7.95 |
| 11 | | 10% Discount if Paid Within 30 Days | | |

**Comments:**
Transcripts delivered to local counsel, Richards Layton & Finger

Invoices Past 30 Days are Subject to 1.5% Finance Charge

| | |
|---|---|
| Sub Total | $632.70 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $632.70 |
| Payment | $0.00 |
| Balance Due | $632.70 |

Federal Tax I.D.: 51-0251719    Terms: Net 30 Days @ 1.5%

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

**Bill To:**
Mr. Thomas J. Piatak
Baker, Hostetler & LLP
3200 National City Center
1900 East 9th Street
Cleveland, OH 44114

**Deliver To:**
Mr. Thomas J. Piatak
Baker, Hostetler & LLP
3200 National City Center
1900 East 9th Street
Cleveland, OH 44114

**Invoice**

# Corbett & Wilcox

1400 N. French Street • Wilmington, DE 19801 • phone 302 571 0510 • fax 302 571 1321
15 North Street • Dover, DE 19901 • phone 302 734 3534 • fax 302 734 3552

| | |
|---|---|
| Invoice #: | 89303 |
| Inv. Date: | 04/26/2006 |
| Balance: | $632.70 |
| Job #: | 060412RWW |
| Job Date: | 04/12/2006 |
| DB Ref.#: | |
| Date of Loss: | / / |
| Your File #: | |
| Your Client: | |