# EXHIBIT C

| | |
|---|---|
| Total copies: | 531 pages |
| Less brief, affidavit, motion for summary judgment -- | 180 pages |
| TOTAL FOR APPENDIX: | 351 pages x $0.20 = $70.20 |

*Jennifer Jauffret*
RLF