UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 06-5102

HESTAL LIPSCOMB,

Appellant,

v.

ELECTRONIC DATA SYSTEMS CORPORATION,
a Delaware Corporation

On Appeal from the United States District Court
for the District of Delaware
(No. 05-cv-00477)
District Judge: Hon. Sue L. Robinson

Submitted Under Third Circuit LAR 34.1(a)
March 13, 2008

Before: FUENTES, CHAGARES, and VAN ANTWERPEN, Circuit Judges.

JUDGMENT

This cause came to be heard on the record from the United States District Court for the District of Delaware and was submitted pursuant to Third Circuit LAR 34.1(a) on March 13, 2008.

On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the judgment of the United States District Court entered November 30, 2006 is hereby AFFIRMED. Costs taxed against appellant. All of the above in accordance with the opinion of this Court.

ATTEST:

/s/Marcia M. Waldron, Clerk

Dated: April 23, 2008

Costs taxed in favor of Appellee as follows:

    Brief.......................................$ 125.43

    **Total.....................................$ 125.43**

**Certified as a true copy and issued in lieu of a formal mandate on**   07/07/08

**Teste:** *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**