◆AO 133 (Rev. 03/08) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| | | |
|---|---|---|
| Hestal Lipscomb | ) | |
| v | ) | Case No : 05-477-SLR |
| Electronic Data Systems Corporation | ) | |

## Bill of Costs

Judgment having been entered in the above entitled action __11/30/2006__ against __Plaintiff, Hestal Lipscomb[1]__,
                                                              Date

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk | $ |
| Fees for service of summons and subpoena | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 600.34[2] |
| Fees and disbursements for printing | |
| Fees for witnesses (itemize on page two) | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | 70.20[3] |
| Docket fees under 28 U S C 1923 | |
| Costs as shown on Mandate of Court of Appeals | 125.43[4] |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U S C 1828 | |
| Other costs (please itemize) | |
| TOTAL $ | 795.97 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed  A copy of this bill has been served on all parties in the following manner:

☑ Electronic service by e-mail as set forth below and/or

☐ Conventional service by first class mail/postage prepaid as set forth below

s/ Attorney: _____

Name of Attorney: Jennifer C. Jauffret

For: Electronic Data Systems Corporation                              Date: 07/08/2008
          Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment

_____     By: _____
Clerk of Court                           Deputy Clerk                           Date

[1] See Exhibit A.   [3] See Exhibit C.
[2] See Exhibit B.   [4] See Exhibit D.

AO 133 (Rev 03/08) Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) ||||||||
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE || SUBSISTENCE || MILEAGE || Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

### NOTICE

Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:
"Sec. 1924. Verification of bill of costs"
  "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed"

See also Section 1920 of Title 28, which reads in part as follows:
  "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree"

The Federal Rules of Civil Procedure contain the following provisions:
RULE 54(d)(1)

Costs Other than Attorneys' Fees
  Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law The clerk may tax costs on 1 day's notice On motion served within the next 5 days, the court may review the clerk's action

RULE 6

(d) Additional Time After Certain Kinds of Service

  When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a)

RULE 58(e)

Cost or Fee Awards:

  Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2008, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

### BY HAND DELIVERY

Laurence V. Cronin
Smith Katzenstein & Furlow
The Corporate Plaza
800 Delaware Avenue
P.O. Box 410
Wilmington, Delaware 19899

/s/ Jennifer C. Jauffret
Jennifer C. Jauffret (#3689)
jauffret@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
302-651-7700
Attorneys for Defendant