# EXHIBIT A

Case 1:05-cv-00477-SLR    Document 54    Filed 11/30/2006    Page 1 of 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

HESTAL LIPSCOMB,                        )
                                        )
            Plaintiff,                  )
                                        )
      v.                                )    Civ. No. 05-477-SLR
                                        )
ELECTRONIC DATA SYSTEMS                 )
CORPORATION,                            )
                                        )
            Defendant.                  )

JUDGMENT IN A CIVIL CASE

        For reasons stated in the court's memorandum opinion
and order of November 28, 2006;

        IT IS ORDERED AND ADJUDGED that judgment be and is
hereby entered in favor of defendant Electronic Data Systems
Corporation and against plaintiff Hestal Lipscomb.

                        _____
                        United States District Judge

Dated: November 30, 2006

                        _____
                        (By) Deputy Clerk

# EXHIBIT B

# Wilcox & Fetzer, LTD.
*Registered Professional Reporters*
*1330 King Street*
*Wilmington, DE  19801*
*(302) 655-0477  Fax: 655-0497*
*FTID# 51-0318885*

Alyssa Schwartz, Esquire
Richards, Layton & Finger
One Rodney Square
9th Floor  (2nd floor for delivery)
Wilmington, DE  19801

April 21, 2006

Invoice# 20061499

Balance:    $280.92

Re: Lipscomb v. Electronic Data Systems Corp
    05-477-SLR
    *on 04/11/06 by Eleanor Schwandt*

## Invoicing Information

| Charge Description | Amount |
|---|---|
| DEPOSITION OF: Hestal Lipscomb (pgs 66-127) | |
| ORIG & ONE COPY/MIN-U-SCRIPT/WORD INDEX | 232.87 |
| COURTESY COPY (to Mr Piatak, Esquire) | 19.25 |
| EXHIBITS 2 COPIES | 10.20 |
| HANDLING/POSTAGE (Mr. Piatak shipped 2 day) | 13.60 |
| HANDLING/DELIVERY | 5.00 |

PAY ONLY $261.95 IF PAID WITHIN 30 DAYS

P l e a s e   R e m i t   - - >   Total Due:    $280.92

*Please make checks payable to Wilcox & Fetzer, LTD*
*Terms Net 30 Days*

**Wilcox & Fetzer, LTD.**
*Registered Professional Reporters*
*1330 King Street*
*Wilmington, DE  19801*
*(302) 655-0477  Fax: 655-0497*
*FTID# 51-0318885*

R̄ECEIVED

MAR 1 6 2006

Robert W. Whetzel

Alyssa Schwartz, Esquire
Richards, Layton & Finger
One Rodney Square
9th Floor   (2nd floor for delivery)
Wilmington, DE  19801

March 14, 2006

Invoice# 20060883

Balance:    $319.42

Re: Lipscomb v. Electronic Data Systems Corp.
    05-477-SLR
    *on* 02/21/06 *by* Anne Adams

## Invoicing Information

| Charge Description | Amount |
|---|---|
| DEPOSITION OF: Hestal Lipscomb (73 pgs) | |
| ORIG & ONE COPY/MIN-U-SCRIPT/WORD INDEX | 274.27 |
| EXHIBITS | 8.40 |
| COURTESY COPY (Thomas J. Piatak, Esquire) | 22.75 |
| HANDLING/POSTAGE (for Piatak, Esquire) | 9.00 |
| HANDLING/DELIVERY | 5.00 |

PAY ONLY $297.00 IF PAID WITHIN 30 DAYS

P l e a s e   R e m i t   - - - >   Total Due:    $319.42

*Please make checks payable to Wilcox & Fetzer, LTD*
*Terms Net 30 Days*

# Corbett & Wilcox

1400 N French Street • Wilmington DE 19801• phone 302 571 0510 • fax 302 571 1321
15 North Street • Dover DE 19901 • phone 302 734 3534 • fax 302 734 3552

Job #: 060412RWW
Job Date: 04/12/2006
Order Date: 04/12/2006
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# Invoice

**Invoice #:** 89303
**Inv.Date:** 04/26/2006
**Balance:** $632.70

| Bill To: | |
|---|---|
| Mr. Thomas J. Piatak | **Action:** Lipscomb |
| Baker, Hostetler & LLP | vs |
| 3200 National City Center | **Electronic Data Systems** |
| 1900 East 9th Street | **Action #:** |
| Cleveland, OH 44114 | **Rep:** RWW |
| | **Cert:** |

| Item | Proceeding/Witness | Description | Quantity | | Amount |
|---|---|---|---|---|---|
| 1 | Barbara Jackson | Copy of Proceedings | 115 | | $258.75 |
| 2 | Barbara Jackson | Min-U-Script | 1 00 | | $0.00 |
| 3 | Tracey Eaddy | Copy of Proceedings | 65 | | $146.25 |
| 4 | Tracey Eaddy | Min-U-Script | 1 00 | | $0.00 |
| 5 | Linda Jackson | Copy of Proceedings | 20 | | $45.00 |
| 6 | Linda Jackson | Min-U-Script | 1.00 | | $0.00 |
| 7 | Lance Rogers | Copy of Proceedings | 51 | | $114.75 |
| 8 | Lance Rogers | Min-U-Script | 1.00 | | $0.00 |
| 9 | | Reading & Signing | 4 00 | | $60.00 |
| 10 | | Hand Delivery | 1 00 | | $7 95 |
| 11 | | 10% Discount If Paid Within 30 Days | | | |

**Comments:**
Transcripts delivered to local counsel, Richards Layton & Finger

Invoices Past 30 Days are Subject to 1.5% Finance Charge

| | |
|---|---|
| Sub Total | $632.70 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $632.70 |
| Payment | $0.00 |
| Balance Due | $632.70 |

**Federal Tax I D :** 51-0251719        **Terms:** Net 30 Days @ 1.5%

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

| Bill To: | Deliver To: |
|---|---|
| Mr. Thomas J. Piatak | Mr. Thomas J. Piatak |
| Baker, Hostetler & LLP | Baker, Hostetler & LLP |
| 3200 National City Center | 3200 National City Center |
| 1900 East 9th Street | 1900 East 9th Street |
| Cleveland, OH 44114 | Cleveland, OH 44114 |

# Invoice

# Corbett & Wilcox

1400 N French Street • Wilmington, DE 19801• phone 302 571 0510 • fax 302 571 1321
15 North Street • Dover, DE 19901 • phone 302 734 3534 • fax 302 734 3552

**Invoice #:** 89303
**Inv.Date:** 04/26/2006
**Balance:** $632.70
**Job #:** 060412RWW
**Job Date:** 04/12/2006
**DB Ref.#:**
**Date of Loss:** / /
**Your File #:**
**Your Client:**

# EXHIBIT C

Total copies:                                          531 pages

Less brief, affidavit, motion
for summary judgment            -          180 pages
                                                          _____

TOTAL FOR APPENDIX:              351 pages x $0.20 = $70.20

*Jennifer Lanfut*
RLF

# EXHIBIT D

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———————

No. 06-5102

———————

HESTAL LIPSCOMB,

Appellant,

v.

ELECTRONIC DATA SYSTEMS CORPORATION,
a Delaware Corporation

———————

On Appeal from the United States District Court
for the District of Delaware
(No. 05-cv-00477)
District Judge: Hon. Sue L. Robinson

———————

Submitted Under Third Circuit LAR 34.1(a)
March 13, 2008

Before: FUENTES, CHAGARES, and VAN ANTWERPEN, Circuit Judges.

———————

JUDGMENT

———————

This cause came to be heard on the record from the United States District Court for

the District of Delaware and was submitted pursuant to Third Circuit LAR 34.1(a) on

March 13, 2008.

On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the judgment of the United States

District Court entered November 30, 2006 is hereby AFFIRMED. Costs taxed against

appellant. All of the above in accordance with the opinion of this Court.

ATTEST:

/s/Marcia M. Waldron, Clerk

Dated: April 23, 2008

Costs taxed in favor of Appellee as follows:

| | |
|---|---|
| Brief | $ 125.43 |
| **Total** | **$ 125.43** |